# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

**ORIGINAL**

IN CLERK'S OFFICE

2004 NOV -8 P 12: 29

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| COGNEX CORPORATION | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. |
| | ) |
| JEAN CARON | ) |
| | ) |
| Defendant. | ) **04   12365   JLT** |
| | ) |

## NOTICE OF APPEARANCE

Please enter the appearance of Sally L. Adams on behalf of Defendant Jean Caron

in this matter, and direct all future correspondence to my attention.

Respectfully submitted,
JEAN CARON
By his Attorney(s),

_____

SEYFARTH SHAW LLP
Sally L. Adams (BBO# 629688)
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
Telephone:     (617) 946-4800
Telecopier:    (617) 946-4801

DATED:  November 8, 2004

---

### Certificate of Service

I hereby certify that a true copy of the above
document was served upon the attorney of record
for each party by hand on November 5, 2004.

_____
Sally L. Adams

---

BO1 15671978