UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COGNEX CORPORATION )<br>)<br>      Plaintiff, )<br>)<br>v. )<br>)<br>JEAN CARON )<br>)<br>      Defendant. )<br>) | CIVIL ACTION NO. 04-12365 JLT |

**DEFENDANT'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION, FORUM NON CONVENIENS, OR IMPROPER SERVICE**

Pursuant to Fed.R.Civ.P. 12(b)(2), Defendant Jean Caron respectfully requests that this Court dismiss the two-count Complaint in its entirety, for lack of jurisdiction over his person. In the alternative, Jean Caron requests that this Court dismiss the action on grounds of forum non conveniens or for insufficiency of service of process. The grounds for this motion are more fully set forth in the accompanying memorandum of law and Affidavit of Jean Caron, which are incorporated herein by reference.

## RULE 7.1(A)(2) CERTIFICATION

Pursuant to Local Rule 7.1(A)(2), counsel for Defendant states that she has conferred with Plaintiff's counsel in a good faith effort to resolve or narrow the issues raised in this Motion.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), counsel for Defendant states that she believes that oral argument may assist the court and respectfully requests that the Court schedule a hearing on this motion for that purpose.

> Respectfully submitted,
> JEAN CARON
> By his Attorney(s),
>
> /s/   Sally L. Adams
> Sally L. Adams (BBO # 629688)
> SEYFARTH SHAW LLP
> World Trade Center East
> Two Seaport Lane, Suite 300
> Boston, MA 02210-2028
> Telephone:    (617) 946-4800
> Telecopier:    (617) 946-4801

DATED:  November 16, 2004

## Certificate of Service

I hereby certify that a true copy of the above document was filed electronically with the Court and served by hand delivery on November 16, 2004 upon the following:

>Jennifer A. Yelen, Esq.
>Perkins Smith & Cohen LLP
>One Beacon Street, 30th Floor
>Boston, MA  02108

　　　　　　　　　　　　　　　　　　　　/s/   Sally L. Adams