**Exhibit F**

**[TRANSLATION]**

Nanterre, June 27, 2003

Jean Caron
A67
10/26 bd Hérold
92000 Nanterre

Mr. Lacroix
Southern Europe Sales Director
Cognex International
Immeuble Le patio
104 Avenue Albert 1er
92563 Rueil-Malmaison cedex

Dear Sir:

I hereby request your authorization not to work during the entire notice period, despite my taking paid holidays, as agreed, as of July 7 to July 25, 2003 and as of September 1 to September 5, 2003. My employment would therefore terminate on the evening of September 19 2003.

Awaiting your response.

Sincerely,
Jean Caron

/S/

I, Mielle C. Nichols, do hereby declare as follows:

1. I am an attorney licensed to practice law in Belgium, and of-counsel to the law firm of Seyfarth Shaw. I work at Seyfarth Shaw's Brussels, Belgium office, and am fluent in both French and English, meaning I can easily speak, read and write in both languages.

2. The attached document is a true and accurate English translation of a letter dated June 27, 2003, addressed to Mr. Lacroix of Cognex International, written in French and signed by Mr. Jean Caron, in Nanterre, France.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was signed on Wednesday, October 20, 2004 in Brussels, Belgium.

_____
Mielle C. Nichols

Jean Caron
A67
10/26 bd Hérold
92000 Nanterre

Nanterre, le 27 juin 2003.

Monsieur Lacroix
Directeur des ventes Europe du sud,
Cognex France,
Immeuble Le Patio,
104 Avenue Albert 1er,
92563 Rueil-Malmaison cedex.

Monsieur le Directeur,

Je sollicite votre accord pour être dispensé d'effectuer la totalité de mon préavis bien que des congés payés soient pris du 7 au 25 juillet 2003 inclus et du 1er au 5 septembre 2003 inclus comme prévu. Dans ce cas, mon contrat prendra fin le 19 septembre 2003 au soir.

Dans l'attente de votre réponse, veuillez agréer, Monsieur le Directeur, mes salutations distinguées.

Jean Caron

**Exhibit G**

[TRANSLATION]

**COGNEX**
**Vision for Industry**

Modular Vision Systems Division

**Mr. Jean Caron**
A67
10/26 bd Hérold
92000 Nanterre

June 30, 2003

Re:   Your resignation

Dear Sir:

We received your letter of June 27, 2003 requesting a shortening of your notice following your resignation of June 16, 2003.

We hereby confirm our authorization to have your notice end on the evening of Friday, September 19.

Sincerely,

/S/

Sybille de Monplanet          Didier Lacroix
Human Resources Manager       Regional Sales Director
International Operations      Southern Europe

/S/

I, Mielle C. Nichols, do hereby declare as follows:

1. I am an attorney licensed to practice law in Belgium, and of-counsel to the law firm of Seyfarth Shaw. I work at Seyfarth Shaw's Brussels, Belgium office, and am fluent in both French and English, meaning I can easily speak, read and write in both languages.

2. The attached document is a true and accurate English translation of a letter dated June 30, 2003, addressed to Mr. Jean Caron, written in French and signed by Ms. Monplanet and Mr. Lacroix of Cognex International, in Rueil, France.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was signed on Wednesday, October 20, 2004 in Brussels, Belgium.

_____
Mielle C. Nichols



**Modular Vision Systems Division**

**Monsieur Jean Caron**
A67
10-26, Boulevard Herold
92000 NANTERRE

le 30 Juin 2003

Objet: Votre démission

Monsieur,

Nous avons bien reçu votre courrier en date du 27 juin 2003 nous demandant la possibilité d'écourter votre période de préavis suite à votre lettre de démission datée du 16 juin 2003.

Par la présente nous vous confirmons notre accord pour que la fin de votre préavis soit fixée au Vendredi 19 septembre au soir.

Veuillez agréer, Monsieur, l'assurance de notre considération distinguée.

Sybille de Monplanet
Human Resources Manager
International Operations

Didier Lacroix
Regional Sales Director
Southern Europe

Immeuble Le Patio, 104 avenue Albert 1er, 92563 Rueil Malmaison cedex France
RCS Nanterre B385189469
tel: +33 (1) 47 77 15 50    fax: +33 (1) 47 77 15 55

**Exhibit H**

[TRANSLATION]

# CERTIFICATE OF EMPLOYMENT

The company  COGNEX INTERNATIONAL
IMMEUBLE LE PATIO
104 AVENUE ALBERT 1ER

92563 RUEIL MALMAISON
SIRET 385189469 00039   APE 748K

Certifies that  Mr. JEAN CARON
Residing at   10-26 BD HEROLD
92000 NANTERRE

Was employed by the company
- as of 03/16/1998 till 09/19/2003, his last function being SENIOR VISION SOLUTIONS ENGINEER

He leaves the company on this day, free of all duties and obligations.

Done in RUEIL MALMAISON
On 09/19/2003

Signature of employer          Signature of employee (for proof of receipt)

/S/                            /S/

COGNEX International
104, Avenue Albert 1er
92563 RUEIL MALMAISON Cedex
Tel: 01 47 77 15 50 – fax: 01 47 77 15 55
RCS Nanterre B 385 183 469

I, Mielle C. Nichols, do hereby declare as follows:

1. I am an attorney licensed to practice law in Belgium, and of-counsel to the law firm of Seyfarth Shaw. I work at Seyfarth Shaw's Brussels, Belguim office, and am fluent in both French and English, meaning I can easily speak, read and write in both languages.

2. The attached document is a true and accurate English translation of a certificate of employment, written in French and signed on September 19, 2003 by Mr. Jean Caron and Cognex International Inc., in Rueil, France.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was signed on Wednesday, October 20, 2004 in Brussels, Belgium.

Mielle C. Nichols

# CERTIFICAT DE TRAVAIL

La société COGNEX INTERNATIONAL
　　　　　　IMMEUBLE LE PATIO
　　　　　　104 AVENUE ALBERT 1ER

　　　　　　92563 RUEIL MALMAISON
　　　　　　SIRET 385189469 00039　　APE 748K

Certifie que M. CARON JEAN
demeurant　10 - 26 BD HEROLD
　　　　　　92000 NANTERRE

a été employé dans l'entreprise :
- du 16/03/1998 au 19/09/2003 et en dernier lieu en qualité d' INGENIEUR VISION SOLUTIONS SR

Il nous quitte, ce jour, libre de tout engagement.

Fait à RUEIL MALMAISON
le 19/09/2003

Signature de l'employeur　　　　　　　　　　　　Signature du salarié (pour accusé de réception)

COGNEX International
104, Avenue Albert 1er
9. .) RUEIL MALMAISON Cedex
T. ( 47 77 15 50 - Fax : 01 47 77 15 55
RCS Nanterre B 385 189 469

**Exhibit I**

[TRANSLATION]

# RECEIPT OF FINAL PAYMENT

I, the undersigned     Mr. Jean CARON
Residing at            10-26 BD HEROLD
                       92000 NANTERRE

hereby recognize having received from   COGNEX INTERNATIONAL
                                        IMMEUBLE LE PATIO
                                        104 AVENUE ALBERT 1ER

                                        92563 RUEIL MALMAISON

The amount of TWO THOUSAND NINE HUNDRED FORTY SIX EUROS 83 CENTS

This payment was made as final payment of all salaries, benefits, reimbursement of business expenses and severance or indemnification, due following termination of my employment agreement.

This receipt is done in two originals, one of which was handed over to me.

Done in RUEIL MALMAISON
On 9/19/2003

Signature to be preceded by a handwritten annotation "Good for receipt of final payment"

*Good for receipt of final payment*

/S/

I, Mielle C. Nichols, do hereby declare as follows:

1.  I am an attorney licensed to practice law in Belgium, and of-counsel to the law firm of Seyfarth Shaw. I work at Seyfarth Shaw's Brussels, Belgium office, and am fluent in both French and English, meaning I can easily speak, read and write in both languages.

2.  The attached document is a true and accurate English translation of a receipt of final payment, written in French and signed on September 19, 2003 by Mr. Jean Caron, in Rueil, France.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was signed on Wednesday, October 20, 2004 in Brussels, Belgium.

_____
Mielle C. Nichols

# REÇU POUR SOLDE DE TOUT COMPTE

Je soussigné M. CARON JEAN
demeurant      10 - 26 BD HEROLD
               92000 NANTERRE

reconnais avoir reçu de COGNEX INTERNATIONAL
                        IMMEUBLE LE PATIO
                        104 AVENUE ALBERT 1ER

                        92563 RUEIL MALMAISON

la somme de DEUX MILLE NEUF CENT QUARANTE SIX EUROS 83 CENTS

Cette somme m'est versée pour solde de tout compte, en paiement des salaires, accessoires de salaires, remboursement de frais et indemnités de toute nature dus au titre de l'exécution et de la cessation de mon contrat de travail.

Le présent reçu est établi en deux exemplaires, dont un m'est remis.

Fait à RUEIL MALMAISON
le 19/09/2003

Signature précédée de la mention manuscrite « Pour solde de tout compte »

*Pour solde de tout compte*

*[signature]*