UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COGNEX CORPORATION,<br>　　　　Plaintiff,<br><br>v.<br><br>JEAN CARON,<br>　　　　Defendant. | CIVIL ACTION NO. 04 12365 JLT |

## STIPULATION OF THE PARTIES

The parties to the above-captioned matter, by and through their respective attorneys, do hereby stipulate and agree as follows:

1.　The time for Plaintiff to file its opposition to Defendant's Motion to Dismiss for Lack of Personal Jurisdiction, Forum Non Conveniens, or Improper Service shall be extended from Tuesday, November 30, 2004 to Monday, December 6, 2004.

2.　The time for Defendant to file his opposition to Plaintiff's Motion to Remand and for Costs Pursuant to 28 U.S.C. § 1447(c) shall be extended from Wednesday, December 1, 2004 to Monday, December 6, 2004.

Dated this 19th day of November, 2004.

| | |
|---|---|
| Plaintiff,<br>COGNEX CORPORATION,<br>By its attorneys, | Defendant,<br>JEAN CARON,<br>By his attorney, |
| /s/ James E. O'Connell, Jr.<br>James E. O'Connell, Jr. BBO#376475<br>Jennifer A. Yelen, BBO#565205<br>PERKINS SMITH & COHEN LLP<br>One Beacon Street<br>Boston, Massachusetts 02108<br>(617) 854-4000 | /s/ Sally L. Adams<br>Sally L. Adams, BBO#629688<br>SEYFARTH SHAW LLP<br>World Trade Center East<br>Two Seaport Lane<br>Boston, Massachusetts 02110-2028<br>(617) 946-4800 |