UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
COGNEX CORPORATION,      )
         Plaintiff,      )
                         )
    v.                   )     CIVIL ACTION NO. 04 12365 JLT
                         )
JEAN CARON,              )
         Defendant.      )
                         )
```

## STIPULATION OF THE PARTIES

The parties to the above-captioned matter, by and through their respective attorneys, do hereby stipulate and agree as follows:

1. The time for Plaintiff to file its opposition to Defendant's Motion to Dismiss for Lack of Personal Jurisdiction, Forum Non Conveniens, or Improper Service shall be extended from Monday, December 6, 2004 to Friday, December 10, 2004.

2. The time for Defendant to file his opposition to Plaintiff's Motion to Remand and for Costs Pursuant to 28 U.S.C. § 1447(c) shall be extended from Monday, December 6, 2004 to Friday, December 10, 2004.

Dated this 3rd of December, 2004.

| | |
|---|---|
| Plaintiff, | Defendant, |
| COGNEX CORPORATION, | JEAN CARON, |
| By its attorneys, | By his attorney, |
| | |
| /s/ James E. O'Connell, Jr. | /s/ Sally L. Adams |
| James E. O'Connell, Jr. BBO#376475 | Sally L. Adams, BBO#629688 |
| Jennifer A. Yelen, BBO#565205 | SEYFARTH SHAW LLP |
| PERKINS SMITH & COHEN LLP | World Trade Center East |
| One Beacon Street | Two Seaport Lane |
| Boston, Massachusetts 02108 | Boston, Massachusetts 02110-2028 |
| (617) 854-4000 | (617) 946-4800 |