COMMONWEALTH OF MASSACHUSETTS
THE TRIAL COURT
THE SUPERIOR COURT DEPARTMENT

MIDDLESEX, ss.                                                CIVIL ACTION NO. 02-0422

| | |
|---|---|
| COGNEX CORPORATION,<br>Plaintiff, | )<br>)<br>) |
| v. | )<br>) |
| PIERDOMENICO CHIESA,<br>Defendant. | )<br>)<br>)<br>) |

### DEFAULT JUDGMENT

(Pursuant to Mass.R.Civ.P. 55(b))

After notice, it is hereby Ordered and Adjudged as follows:

That Defendant, Pierdomenico Chiesa, and all persons in active concert or participating with him who receive actual notice of this Judgment, are hereby restrained and enjoined from: (1) engaging in or accepting employment with any business competitive with the Plaintiff, Cognex Corporation ("Cognex"), including but not limited to iMAGE S, in violation of his contract with Cognex, and from soliciting any customers of Cognex; (2) using, appropriating to his own use or divulging any confidential information obtained from Cognex; (3) soliciting Cognex employees, including but not limited to employees of all Cognex subsidiaries, branch offices and related corporations; (4) violating in any manner the agreement between the Plaintiff and Defendant; and (5) retaining any proprietary technology and equipment and confidential information belonging to Cognex.

Dated this 11th day of June, 2003

_____
MacLeod, J.
Associate Justice of the Superior Court