UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COGNEX CORPORATION,   )<br>            Plaintiff,   )<br>                        )<br>    v.                  )<br>                        )<br>JEAN CARON,             )<br>            Defendant.  )<br>                        ) | CIVIL ACTION NO. 04 12365 JLT |

**APPENDIX TO
PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION
TO DEFENDANT'S MOTION TO DISMISS FOR LACK OF PERSONAL
JURISDICTION, FORUM NON CONVENIENS, OR IMPROPER SERVICE**

Notice is hereby given that the cases listed below have been manually filed with the Court and are available in paper form only:

| CASE | TAB |
|---|---|
| Arentowicz v. Cap Gemini Ernst & Young U.S. LLC<br>2004 U.S. Dist. LEXIS 16536, *13; 14 (D.N.J. 2004) | 1 |
| Arrow Plumbing and Heating, Inc. v. North American Mechanical Services Corp.<br>810 F. Supp. 369, 373 (D.R.I. 1993) | 2 |
| D'Antuono v. CCH Comutax Systems, Inc.<br>570 F. Supp. 708, 713 (D.R.I. 1983) | 3 |
| DiRienzo v. Philip Services Corp.<br>294 F.3d 21 (2d Cir. 2002) | 4 |
| Everett/Charles Contact Products, Inc. v. Gentec<br>692 F. Supp. 83 (D.R.I. 1988) | 5 |
| Hague Conference on Private International Law<br>Hague Convention, Outline of the Convention at 2 (April 2004) | 6 |
| Hague Convention of 1965 on Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters | 7 |
| Hatzlachh Supply Inc. v. Tradewind Airways Ltd.<br>659 F. Supp. 112 (S.D.N.Y. 1987) | 8 |
| Hoffer v. InfoSpace.com, Inc.<br>102 F. Supp. 2d 556, 563-564 (D.N.J. 2000) | 9 |
| Microfibres, Inc. v. McDevitt-Askew<br>20 F. Supp. 2d 316, 322 (D.R.I. 1998) | 10 |

13271-11 APP-MemOppMot.doc

| C<small>ASE</small> | T<small>AB</small> |
|---|---|
| Mizokami Bros. v. Baychem Corp. <br> 556 F.2d 975 (9th Cir. 1977) | 11 |
| Omni Hotels Mgmt. Corp. v. Round Hill Developments Ltd. <br> 675 F. Supp. 745 (D.N.H. 1987) | 12 |
| Permanent Bureau of the Hague Conference on Private International Law <br> Practical Handbook on the Operation of the Hague Convention (July 2003 ed.) (provisional edition) | 13 |
| Pugh v. Arrow Elecs., Inc. <br> 304 F. Supp. 2d 890, 895 (N.D.TX 2003) | 14 |
| Pugh v. Socialist People's Libyan Arab Jamahiriya <br> 290 F. Supp. 2d 54 (D.D.C. 2003) | 15 |
| Smith v. Chason <br> 1997 U.S. Dist. LEXIS 7637, *5 (D.Mass. 1997) | 16 |
| <travel.state.gov/law/Belgium_legal.com> | 17 |

The original documents are maintained in the case file in the Clerk's Office.

DATED:  December 10, 2004

/s/ James E. O'Connell, Jr.
James E. O'Connell, Jr., BBO# 376475
Jennifer A. Yelen, BBO# 565205
PERKINS SMITH & COHEN LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 854-4000