UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COGNEX CORPORATION,<br>        Plaintiff,<br><br>v.<br><br>JEAN CARON,<br>        Defendant. | )<br>)<br>)<br>)   CIVIL ACTION NO. 04 12365 JLT<br>)<br>)<br>)<br>) |

### AFFIDAVIT OF SYBILLE DE MONPLANET

I, Sybille de Monplanet, being first duly sworn, do hereby depose and state as follows:

1. I am the Human Resources Manager of International Operations for Cognex International, a wholly-owned subsidiary of Cognex Corporation [collectively, "Cognex"].

2. As Cognex's Human Resources Manager I am responsible for all human resources activity throughout Cognex International, including without limitation maintaining records and data relating to all employees of Cognex International, including Jean Caron ("Caron").

3. Attached as Exhibit A to this affidavit is a true and accurate copy of the Performance Planning & Review Form completed as Caron's performance review for 2002.

Signed under the pains and penalties of perjury this  3rd  day of December, 2004.


                                                         /s/ Sybille de Monplanet
                                                        Sybille de Monplanet

1