# EXHIBIT A

# to

# AFFIDAVIT OF SYBILLE DE MONPLANET

# COGNEX

## International Operations
### Performance Planning & Review Form

Jean CARON
_____
Employee

Senior Vision Solution Engineer
_____
Title

Alain Duflot
_____
Manager

Customer Satisfaction Manager
_____
Title

2002
_____
Review Period

**COGNEX**
International Operations

Employee: Jean CARON
Manager: Alain Duffat
Review Period: 2002

| Ref. | Goal | % Importance | Self Rating | Manager Rating | Score |
|---|---|---|---|---|---|
| Goal 1 | Handle all the Vision Solution projects. Use internal resources to achieve this goal. | 30% | | | 1.50 |
| | Manager Comments: Delphi, Thyssen, Arc International, Sagem.... Jean has handled and realized most of the vision solution project. He dispatched to some other ressources, Jerome and Cecile, when needed. | | | | |
| | Employee Comments: All VS projects done this year was delivered on time without technical issue. All acceptance was signed by Customer during first deliver meeting. | | | | |
| Goal 2 | To share experience and knowledge and maintain team spirit in the Vision Solution projects management. | 15% | | | 0.30 |
| | Manager Comments: Jean has participated in the customer sat team ressources sharing, concerning the development of vision solution project. He followed closely some projects done with Jerome or Cecile participation. | | | | |
| | Employee Comments: I assume, I have increased part of Cecile and Jerome project methodology, Industrial Vision skills and programming knowledge through VS and remote support projects | | | | |
| Goal 3 | To be in charge of all the Vision Solution projects, from evaluation phase to acceptance at customer. | 15% | | | 0.45 |
| | Manager Comments: Most of Vision Solution projects handled by Jean has been realized form beginnning (evalution) to end (acceptance). | | | | |
| | Employee Comments: Proposal was done in respect of clear faisability study, developpement time allowed and deliver schedule regarding CS ressources available. | | | | |
| Goal 4 | Follow the Instant Remote Support. | 20% | | | 0.30 |
| | Manager Comments: Jerome and Cecile were in charge of Remote Support task. Jean was for them a technical support to orientate them in a good way to achieve these support at best as possible. All remote support has been successful and recognized as it by customers. | | | | |
| | Employee Comments: My backup position during Cecile and Jerome vacation allow us to continualy support customer during on site tests and acceptance phase for current remote for Lilly or HTTP => correct follow up of these remote supports done by Cecile or Jerome. | | | | |
| Goal 5 | Remote support will be done by Jerome and Cecile, Jean will manage this activity and be reported to CS Manager. | 10% | | | 0.20 |
| | Manager Comments: Jean followed correctly all the remote support tasks and report these action in database. This give us a correct feedback of the efficiency of remote support action. Result is very positive, and remote support can be considered as a success. | | | | |
| | Employee Comments: No complaint by VS team about my remote support management. Remote Support was correctly achieve. CS manager was regulary updated (cc emails for example). Remote Software Database maintain up-to-date to share Remote Support projects status by Customer. | | | | |
| Goal 6 | | | | | 0.00 |
| Goal 7 | | | | | 0.00 |
| Goal 8 | | | | | 0.00 |
| Goal 9 | | | | | 0.00 |
| Goal 10 | | | | | 0.00 |
| | Totals | 100% | | | 2.75 |

Employee's Signature

Manager's Signature

**COGNEX**
International Operations

Review Period: __2002__

Employee: _Jean CARON_

Manager: _Alain Duflot_

| Ref. | Description of Performance Guidelines | Self Rating | Manager Rating | Score |
|---|---|---|---|---|
| **Job knowledge & Technical skills** | | | | |
| jt01 | Demonstrates knowledge of job content and field specialization. | 3 | 3 | 0.30 |
| jt02 | Understands the work environment, job requirements and customer needs. | 3 | 3 | 0.30 |
| jt03 | Produce work that achieves desired outcomes with allocated resources. | 3 | 3 | 0.30 |
| jt04 | Maintains a high level of quality output and customer satisfaction. | 3 | 3 | 0.30 |
| jt05 | Ability to prioritize existing and new responsibilities. | 3 | 3 | 0.30 |
| jt06 | Ability to handle multiple tasks. | 3 | 3 | 0.30 |
| jt07 | Respects deadlines. | 3 | 3 | 0.30 |
| jt08 | Takes corrective actions when required. | 3 | 3 | 0.30 |
| jt09 | Ability to organize and develop creative ideas. | 3 | 2 | 0.20 |
| jt10 | Researches and evaluates issues thoroughly and objectively. | 3 | 2 | 0.20 |
| | Totals | | | 2.80 |
| **Interpersonal & Communication skills** | | | | |
| ic01 | Works well with others; functions as an effective member of a team. | 3 | 2 | 0.20 |
| ic02 | Establishes and maintains positive and respectful working relationships. | 3 | 3 | 0.30 |
| ic03 | Able to deal professionally with conflict and disagreement. | 3 | 2 | 0.20 |
| ic04 | Shares ideas and responds positively to changes. | 3 | 3 | 0.30 |
| ic05 | Is enthusiastic toward job work environment, management and customers. | 2 | 2 | 0.20 |
| ic06 | Knows what information to communicate, when, how, and to whom. | 3 | 2 | 0.20 |
| ic07 | Has good verbal communication skills. | 3 | 3 | 0.30 |
| ic08 | Has good written communications skills. | 3 | 3 | 0.30 |
| ic09 | Has good presentation skills. | 3 | 3 | 0.30 |
| ic10 | Has good listening skills. | 3 | 3 | 0.30 |
| | Totals | | | 2.60 |

**Manager's Comments**

Jean has taken in charge the vision solution tasks this year. All of these project has been realized in time and successfully. Customer feedback about these actions are very positive. He also followed the Insight fast track and remote support that has been done by other engineer, Jerome and Cecile, all of these has been correctly realized and no corrective action concerning these project needed to be done. Jean also demonstrated all his knowledge on the technical side of the work, industrial vision, customer needs, programming skills...

**Employee's Comments**

1) Goal1 demonstrates some facilities for planning and project management in respect of VS objectives (Delphi, Industrie Automation, Arc International). 2) Goal2 proofs the ability to manage technical resources (Delphi for Cecile and FCI for Jerome VS projects was fully develop by them self). 3) Goal 3 proof strong skills in Industrial Vision and programming due to 9 years of professional experience background. 4) Goal 5 and in general, keep up-to-date the CS manager about all the VS activity I have managed directly => Good management reporting (Systel, Sagem, Arc International). 4) VS team relationship and technical skills feedbacks from customer through sale team are excellent. Customer Satisfaction is consistently and significantly above goals and expectations. => Excellent communication skills. Ability to initiate good relationships with technical customer staff (Delphi, Sagem, Faurer, Lilly). 5) Special goals fixed by our Regional Sales Director concerning major account support were achieved => Vpro and CVL demo at Compar and Demaurex. Kern support during evaluation phase of Cognex Ins

# COGNEX
## International Operations

Review Period: __2002__

Employee: Jean CARON
Manager: Alain Dellot

| Ref. | Description | Appraisal Score | Weight Factor | Rating Score |
|---|---|---|---|---|
| PR | Performance (Goals Achievement) | 2.75 | 70.0% | 1.93 |
| SK | Skills | 2.70 | 30.0% | 0.81 |
| OR | Overall Performance Rating Score | | 100% | 2.74 |

Suggested Improvements

☐ Above Expectations : consistently and significantly exceeds goals and expectations.
Overall Rating Score : 2.51 to 3.00

☒ Meets expectations : meets and sometimes exceeds goals and expectations.
Overall Rating Score : 1.51 to 2.5

☐ Below Expectations : occasionally meets and exceeds goals and expectations.
Overall Rating Score : <= 1.5

Employee 

Manager

Next Level Manager

Human Resources