UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COGNEX CORPORATION,  )<br>       Plaintiff,  )<br>     )<br>v.  )<br>     )<br>JEAN CARON,  )<br>       Defendant.  )<br>_____) | CIVIL ACTION NO. 04 12365 JLT |

## AFFIDAVIT OF LIA EMMANUEL

I, Lia Emmanuel, being first duly sworn, do hereby depose and state as follows:

1. I make this Affidavit in opposition to Defendant's, Jean Caron's, Motion to Dismiss.

2. I have been employed by Cognex Corporation since May 15, 1986. Since beginning my employment with Cognex I have held the following positions: From May 15, 1986 to 1989 I was Cognex's Executive Assistant, and from 1989 to the present I have been Cognex's World Wide Educational Services Specialist.

3. Cognex's Educational Services Department's primary function is to teach training courses to Cognex's employees and customers regarding Cognex's various products and uses and applications for machine vision technology.

4. Cognex maintains records of everyone who attends its training courses in a database that utilizes Pathlore's_LMS software. This current database contains all records of class attendees since 1995 (the "Database"). It is part of my job duties to keep and maintain the Database.

5. According to the Database, Caron attended 2 intensive training courses at Cognex's corporate headquarters in Natick, Massachusetts during his employment. This first, from May 4-7, 1998, focused on Cognex's MVS-8000 family of products, which is Cognex's generation of machine vision systems designed to meet the needs of a wide range of applications requiring different levels of cost and functionality. The second course, from

August 23-26, 1999, related to CVL (or, Cognex Vision Library), which is a software development environment created and compiled by Cognex that includes a number of proprietary "machine vision tools". CVL and the vision tools it includes facilitate the development of application specific software and allow an engineer to tailor a machine vision system to a particular machine vision task. A printout from the Database indicating his participation in these classes is attached as Exhibit A.

6. Both of the courses he attended are crucial classes for a vision solutions engineer to attend and provide information unique to Cognex's products and processes -- information that Cognex takes great steps to protect.

Signed under the pains and penalties of perjury this 17th day of November, 2004.

/s/ Lia Emmanuel
Lia Emmanuel

2