# EXHIBIT A

to

# AFFIDAVIT OF LIA EMMANUEL

## Individual Employee Transcript

**COGNEX(R)**

Name:                                                                Registration ID #: 0001363

| Course Code | Class Name       |            | Start Date | End Date | Status | Sessions | CREDIT_HOURS |
|-------------|------------------|------------|------------|----------|--------|----------|--------------|
|             |                  | JEAN CARON |            |          |        |          |              |
| RN-6001     | MVS-8000 Family  |            | 04/28/1998 | 05/1/98  | C      | 4.00     |              |
|             |                  | JEAN CARON |            |          |        |          |              |
| RN-6002     | CVL (MVS-8000)   |            | 05/04/1998 | 05/7/98  | F      | 4.00     |              |
|             |                  | JEAN CARON |            |          |        |          |              |
| RN-6004     | C++ Programming  |            | 08/17/1999 | 08/20/99 | X      | 4.00     |              |
|             |                  | JEAN CARON |            |          |        |          |              |
| RN-6002     | SDK/CVL          |            | 08/23/1999 | 08/26/99 | F      | 4.00     |              |