UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| COGNEX CORPORATION,<br>　　　　Plaintiff,<br><br>v.<br><br>JEAN CARON,<br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO. 04 12365 JLT |

### AFFIDAVIT OF LOWELL JACOBSON

I, Lowell Jacobson, being first duly sworn, do hereby depose and state as follows:

1. I make this Affidavit in opposition to Defendant's, Jean Caron's, Motion to Dismiss.

2. I have worked for Plaintiff, Cognex Corporation ["Cognex"], since July 31, 1995. During my employment with Cognex I have held the following positions within Cognex's Vision Solutions group in Natick, Massachusetts: Senior Vision Solutions Engineer, Vision Solutions Project Manager, and Vision Solutions Consulting Engineer.

3. Cognex operates Vision Solutions groups in four business locations: (a) Natick, Massachusetts, (b) Mountain View, California, (c) Japan, and (d) Europe. Each Vision Solutions group works mostly independently from the others. However, all Vision Solutions engineers worldwide share information with each other to help each other stay current with Cognex's latest software developments and to aid in providing superior customer support for Cognex's products.

4. Cognex maintains an intranet website, known as CogNexus, which it uses to post, share and distribute various company information – both confidential and non-proprietary.

5. Certain groups and departments within Cognex Corporation, including the Vision Solutions groups, use CogNexus to share proprietary and confidential business information. However, this information is protected by securing certain parts of CogNexus by limiting access to only those who have a need to know the information.

|   |   |
|---|---|
|   | These secure parts of CogNexus are managed and controlled by and through Cognex's operations at its world headquarters in Natick, Massachusetts. |
| 6. | During my employment with Cognex, I corresponded on several occasions via e-mail with former Cognex employee Jean Caron. Attached as Exhibit "A" to this Affidavit are true and accurate copies of e-mails between Jean Caron and myself. These e-mails were initiated largely by Jean Caron and were seeking information relating to Cognex's products and support. |
| 7. | On June 7, 2001, I sent an e-mail to all members of Cognex's Vision Solutions worldwide asking people to test their access to the private Vision Solutions website on CogNexus. A copy of this e-mail is attached to this Affidavit as Exhibit "B." |
| 8. | On July 9, 2001 I sent another e-mail to all members of Cognex Vision Solutions worldwide to ask people to, again, test their access to the private Vision Solutions website on CogNexus. A copy of this e-mail is attached to this Affidavit as Exhibit "C." |
| 9. | Jean Caron responded to both my June 7, 2001 and July 9, 2001 e-mails and said that he could access the Vision Solutions private website on CogNexus. A copy of Caron's responses to these e-mails is attached to this Affidavit as Exhibit "D". |

Signed under the pains and penalties of perjury this 6th day of December, 2004.

                                                                  /s/ Lowell Jacobson
                                                                 Lowell Jacobson