# EXHIBIT A

## to

## AFFIDAVIT OF LOWELL JACOBSON

**From:**                Jean Caron
**Sent:**               Tuesday, July 18, 2000 4:31 AM
**To:**                  Jacobson, Lowell
**Cc:**                  Ocadiz, Ignacio
**Subject:**          82400/CVM11 Line scan camera cable

Hi Lowell.

I want install a 82400/cvm11 with a Dalsa sp-12 for tests under CVL and chkpt II.
Suzan Keirouz confirm I need contact vs team for the specific camera cable.
So, can you provide me 2 cameras cables ( P/N 300-0276 in the chkpt II hardware manuel) or the way to obtain theses cables.

Thanks in advance for your prompt response.
-jean.

**Jean Caron,** *Vision Solution Engineer*
**COGNEX** *Corporation*
104, avenue Albert 1ier – 92563 Rueil–Malmaison Cedex – France
Tel: +33 (0) 1 47 77 15 21; Fax: +33 (0) 1 47 15 17 70

**From:**        Lowell Jacobson
**Sent:**        Tuesday, July 18, 2000 11:04 AM
**To:**          Jean Caron
**Cc:**          Ocadiz, Ignacio
**Subject:**     RE: 82400/CVM11 Line scan camera cable

Hi Jean,

Who are the cables ultimately for? A customer? Or for internal use? If they are for a customer, then we will need to provide you with a price quote and receive a P.O. from the customer. They are not cheap. If they are for internal use, then we will go ahead and have them fabricated for you. Let me know. Thanks.

Lowell

> -----Original Message-----
> **From:**        Jean Caron
> **Sent:**        Tuesday, July 18, 2000 4:31 AM
> **To:**          Lowell Jacobson
> **Cc:**          Ignacio Ocadiz
> **Subject:**     82400/CVM11 Line scan camera cable

Hi Lowell.

I want install a 82400/cvm11 with a Dalsa sp-12 for tests under CVL and chkpt II.
Suzan Keirouz confirm I need contact vs team for the specific camera cable.
So, can you provide me 2 cameras cables ( P/N 300-0276 in the chkpt II hardware manuel) or the way to obtain theses cables.

Thanks in advance for your prompt response.
-jean.

---

**Jean Caron,** *Vision Solution Engineer*
**COGNEX** *Corporation*
104, avenue Albert 1ier – 92563 Rueil–Malmaison Cedex – France
Tel: +33 (0) 1 47 77 15 21; Fax: +33 (0) 1 47 15 17 70


**Tracking:**              **Recipient**

                          Jean Caron

                          Ocadiz, Ignacio

**From:**     Jean Caron
**Sent:**      Wednesday, July 19, 2000 8:02 AM
**To:**        Jacobson, Lowell
**Cc:**        Ocadiz, Ignacio
**Subject:**   RE: 82400/CVM11 Line scan camera cable

Hi Lowell.

Thanks for your response.

The Line scan cables are only for internal use, so let me know when you was able to send me this 2 cables.

Thanks a lot for your support.

jean.

-----Original Message-----
**From:**     Lowell Jacobson
**Sent:**      mardi 18 juillet 2000 17:04
**To:**        Jean Caron
**Cc:**        Ignacio Ocadiz
**Subject:**   RE: 82400/CVM11 Line scan camera cable

Hi Jean,

Who are the cables ultimately for?  A customer?  Or for internal use?  If they are for a customer, then we will need to provide you with a price quote and receive a P.O. from the customer.  They are not cheap.  If they are for internal use, then we will go ahead and have them fabricated for you.  Let me know.  Thanks.

Lowell

-----Original Message-----
**From:**     Jean Caron
**Sent:**      Tuesday, July 18, 2000 4:31 AM
**To:**        Lowell Jacobson
**Cc:**        Ignacio Ocadiz
**Subject:**   82400/CVM11 Line scan camera cable

Hi Lowell.

I want install a 82400/cvm11 with a Dalsa sp-12 for tests under CVL and chkpt II.
Suzan Keirouz confirm I need contact vs team for the specific camera cable.
So, can you provide me 2 cameras cables ( P/N 300-0276 in the chkpt II hardware manuel) or the way to obtain theses cables.

Thanks in advance for your prompt response.
-jean.

---

**Jean Caron,** *Vision Solution Engineer*
**COGNEX** *Corporation*
104, avenue Albert 1ier – 92563 Rueil–Malmaison Cedex – France
Tel: +33 (0) 1 47 77 15 21; Fax: +33 (0) 1 47 15 17 70

| | |
|---|---|
| **From:** | Jean Caron |
| **Sent:** | Thursday, July 20, 2000 1:05 PM |
| **To:** | Negro, Jay |
| **Cc:** | Jacobson, Lowell; Wang, Lei |
| **Subject:** | RE: CVL request |

Hi Jay.

Thanks you for your help. Your complete description allow me to have a good solution for my customer.

Good french !

-jean.

> -----Original Message-----
> **From:**     Jay Negro
> **Sent:**     Tuesday, July 18, 2000 9:07 PM
> **To:**       Jean Caron
> **Cc:**       Lowell Jacobson; Lei Wang
> **Subject:**  RE: CVL request

```
Jean,

I don't think your current strategy will work, but I offer a few that might.

PatQuick will not return *any* data in a ccPMAlignResult object - so you can't use
PatQuick to look at any features.

Assuming you use PatMax and you are now concerned with regular features, not coarse
features... here are several different strategies:

1) keep a ccPMAlignResult object in shared memory. Use the ccPMAlignResult::operator=()
function to assign the results from the run to the shared memory. Use the shared memory
version to draw onto a UI tablet in another process.

2) use the ccPMAlign result to draw to a UITablet. Use a static ccUISketch in shared
memory to transfer the data for display in another process. If this doesn't work, try
archiving the sketch into a static-shared ccMemoryArchive and fetching it in the other
process.

I think they only way of viewing the match data is to use the ccUITablet - there is no
mechanism for getting the coordinate values of the matched features.

J'espere q'il faire!
--
Jay Negro
jnegro@cognex.com          Cognex Corporation
T: (508) 650-6328          One Vision Drive
F: (508) 650-3323          Natick, MA 01760-2059
```

> -----Original Message-----
> **From:**     Jean Caron
> **Sent:**     Tuesday, July 18, 2000 11:21 AM
> **To:**       Jay Negro
> **Subject:**  CVL request
>
> Hi Jay.
>
> I'm a VS engineer @ Paris office and I develop applications
> under cvl. So, I'm glad to see your Emails concerning C++

1

> items to improve my knwoledge.
>
> I have also a CVL question to solve a problem with a customer :
> I train a PatQuick pattern.
> I want draw after the train, the coarse feature in a
> pelbuffer and not display these as an overlay in a ccDisplayConsole.
> If it's not possible, I woulkd like get all the coarse
> feature points in an array to draw these, point by point,
> manualy in a pelbuffer.
>
> I need this functionnality because my customer use my
> developpement in a first process to train and run the
> patquick object and display all the result in another
> process. So the only way I have to display the coarse feature
> is to use a shared memory to transfert image or static
> variables between the 2 applications.
>
> I hope you can help me with some advice.
> If not, perhaps you can indicate me the best cognoid I must
> contact to have a solution.
>
> Thanks in advance for your help.
>
> -jean.
>
>
> **Jean Caron,** *Vision Solution Engineer*
> **COGNEX** *Corporation*
> 104, avenue Albert 1ier – 92563 Rueil–Malmaison Cedex – France
> Tel: +33 (0) 1 47 77 15 21; Fax: +33 (0) 1 47 15 17 70
>
>

**From:**          Jean Caron
**Sent:**          Wednesday, August 02, 2000 9:28 AM
**To:**            Jacobson, Lowell
**Subject:**       Cable for Linear camera Dalsa and ChkptII

Hi Lowell

I will receive a Dalsa camera for tests with checkpoint II next week. So can you indicate me your delay to ship me the cables.

Thanks in advance for your response.

-jean.

_____

**Jean Caron,** *Vision Solution Engineer*
**COGNEX** *Corporation*
104, avenue Albert 1ier – 92563 Rueil–Malmaison Cedex – France
Tel: +33 (0) 1 47 77 15 21; Fax: +33 (0) 1 47 77 15 30

**From:**     Lowell Jacobson
**Sent:**     Wednesday, August 02, 2000 4:06 PM
**To:**       Jean Caron
**Subject:**  RE: Cable for Linear camera Dalsa and ChkptII

Hi Jean,

Sorry for the delay, but there has been great confusion here in Natick about what cabling is required for the Dalsa camera and whether VS needs to be involved. Yesterday, there was a meeting with the Checkpoint marketing manager, Susan Keirouz, HW Engineering, Video Systems Group, and VS to discuss the cable issue.

As it turns out, there is no need for VS to have cables built for the Dalsa cameras. Rather all cables will come from Cognex stock. Some new part numbers are being created for the Dalsa cables that Cognex will stock. The Checkpoint II hardware documentation will be updated at some point to give an adequate description of the line-scan cabling requirements.

There are three different cables required to interface with the Dalsa camera. These are:
- video cable (camera to cognex board)
- camera power cable (power supply to camera)
- encoder cable (encoder to cognex)

The video cable should be available in stock now or soon. I will check on its availability and follow up with another email shortly.

The power cable is something that Cognex does not stock, but that should be available from Dalsa (do you know if you will receive this with the camera?).

The encoder cable will be stocked by Cognex. It will have a connector for the Cognex board on one end and an open cable on the other end (since the connector type and pin-out of each customer's encoder will be unique). Each customer will therefore need to add a connector to the encoder-end of the cable. The encoder cable will not be immediately available from Cognex. You will probably have to rig up your own.

Lowell

-----Original Message-----
**From:**     Jean Caron
**Sent:**     Wednesday, August 02, 2000 9:28 AM
**To:**       Lowell Jacobson
**Subject:**  Cable for Linear camera Dalsa and ChkptII

Hi Lowell

I will receive a Dalsa camera for tests with checkpoint II next week. So can you indicate me your delay to ship me the cables.

Thanks in advance for your response.

-jean.

---

**Jean Caron,** *Vision Solution Engineer*
**COGNEX** *Corporation*
104, avenue Albert 1ier – 92563 Rueil–Malmaison Cedex – France
Tel: +33 (0) 1 47 77 15 21; Fax: +33 (0) 1 47 77 15 30

**Tracking:**          **Recipient**
                       Jean Caron

1

**From:**      Jean Caron
**Sent:**      Thursday, August 03, 2000 4:14 AM
**To:**        Jacobson, Lowell
**Subject:**   RE: Cable for Linear camera Dalsa and ChkptII

hi Lowell.

Ok for your clear explanation.
I will have a loan by Dalsa in France for a camera, the power supply and the cable, so no problems for its.

Thanks for your update about video cable availability and new part number.

-jean.

-----Original Message-----
**From:**      Lowell Jacobson
**Sent:**      Wednesday, August 02, 2000 10:06 PM
**To:**        Jean Caron
**Subject:**   RE: Cable for Linear camera Dalsa and ChkptII

Hi Jean,

Sorry for the delay, but there has been great confusion here in Natick about what cabling is required for the Dalsa camera and whether VS needs to be involved. Yesterday, there was a meeting with the Checkpoint marketing manager, Susan Keirouz, HW Engineering, Video Systems Group, and VS to discuss the cable issue.

As it turns out, there is no need for VS to have cables built for the Dalsa cameras. Rather all cables will come from Cognex stock. Some new part numbers are being created for the Dalsa cables that Cognex will stock. The Checkpoint II hardware documentation will be updated at some point to give an adequate description of the line-scan cabling requirements.

There are three different cables required to interface with the Dalsa camera. These are:
• video cable (camera to cognex board)
• camera power cable (power supply to camera)
• encoder cable (encoder to cognex)

The video cable should be available in stock now or soon. I will check on its availability and follow up with another email shortly.

The power cable is something that Cognex does not stock, but that should be available from Dalsa (do you know if you will receive this with the camera?).

The encoder cable will be stocked by Cognex. It will have a connector for the Cognex board on one end and an open cable on the other end (since the connector type and pin-out of each customer's encoder will be unique). Each customer will therefore need to add a connector to the encoder-end of the cable. The encoder cable will not be immediately available from Cognex. You will probably have to rig up your own.

Lowell

-----Original Message-----
**From:**      Jean Caron
**Sent:**      Wednesday, August 02, 2000 9:28 AM
**To:**        Lowell Jacobson
**Subject:**   Cable for Linear camera Dalsa and ChkptII

Hi Lowell

I will receive a Dalsa camera for tests with checkpoint II next week. So can you indicate me your delay to ship me the cables.

Thanks in advance for your response.

1

-jean.

**Jean Caron,** *Vision Solution Engineer*
**COGNEX** *Corporation*
104, avenue Albert 1ier – 92563 Rueil–Malmaison Cedex – France
Tel: +33 (0) 1 47 77 15 21; Fax: +33 (0) 1 47 77 15 30

| | |
|---|---|
| **From:** | Lowell Jacobson |
| **Sent:** | Friday, August 04, 2000 6:10 PM |
| **To:** | Jean Caron |
| **Cc:** | Susan Keirouz |
| **Subject:** | RE: Cable for Linear camera Dalsa and ChkptII |

Hi Jean,

The video cable you require has Cognex part number 300-0280-XX (e.g XX = 15 or 100 feet in length). I learned today that none of these cables are currently in stock; in fact, I learned from Order Administration that the part number is so new that they have never stocked any of these cables.

Note that the above part number is different than the number 300-0276-XX mentioned in the CP HW documentation. The difference between these cables relates to their bandwidth capability. The older cable 300-0276-XX does not handle the data transfer speed used in Checkpoint II (30 MHz). In particular, the images have lots of spots (noise) in them. The newer cable 300-0280-XX does handle the 30 MHz communication speed, and can provide reliable operation up to 40 MHz which is the maximum handled by the camera.

As I mentioned in my previous email, Sue Keirouz is working to establish a stock of the new cables. I did not reach Sue today, but I will speak with her next week regarding availability. Unfortunately, I am not very optimistic about getting a cable to you by next week. However, if I can get a cable next week, I will have it shipped to you via overnight mail. Sorry for the delay.

Lowell

> -----Original Message-----
> **From:** Jean Caron
> **Sent:** Thursday, August 03, 2000 4:14 AM
> **To:** Lowell Jacobson
> **Subject:** RE: Cable for Linear camera Dalsa and ChkptII
>
> hi Lowell.
>
> Ok for your clear explanation.
> I will have a loan by Dalsa in France for a camera, the power supply and the cable, so no problems for its.
>
> Thanks for your update about video cable availability and new part number.
>
> -jean.
>
> > -----Original Message-----
> > **From:** Lowell Jacobson
> > **Sent:** Wednesday, August 02, 2000 10:06 PM
> > **To:** Jean Caron
> > **Subject:** RE: Cable for Linear camera Dalsa and ChkptII
> >
> > Hi Jean,
> >
> > Sorry for the delay, but there has been great confusion here in Natick about what cabling is required for the Dalsa camera and whether VS needs to be involved. Yesterday, there was a meeting with the Checkpoint marketing manager, Susan Keirouz, HW Engineering, Video Systems Group, and VS to discuss the cable issue.
> >
> > As it turns out, there is no need for VS to have cables built for the Dalsa cameras. Rather all cables will come from Cognex stock. Some new part numbers are being created for the Dalsa cables that Cognex will stock. The Checkpoint II hardware documentation will be updated at some point to give an adequate description of the line-scan cabling requirements.
> >
> > There are three different cables required to interface with the Dalsa camera. These are:
> > • video cable (camera to cognex board)
> > • camera power cable (power supply to camera)
> > • encoder cable (encoder to cognex)

1

The video cable should be available in stock now or soon. I will check on its availability and follow up with another email shortly.

The power cable is something that Cognex does not stock, but that should be available from Dalsa (do you know if you will receive this with the camera?).

The encoder cable will be stocked by Cognex. It will have a connector for the Cognex board on one end and an open cable on the other end (since the connector type and pin-out of each customer's encoder will be unique). Each customer will therefore need to add a connector to the encoder-end of the cable. The encoder cable will not be immediately available from Cognex. You will probably have to rig up your own.

Lowell

-----Original Message-----
| | |
|---|---|
| **From:** | Jean Caron |
| **Sent:** | Wednesday, August 02, 2000 9:28 AM |
| **To:** | Lowell Jacobson |
| **Subject:** | Cable for Linear camera Dalsa and Chkptll |

Hi Lowell

I will receive a Dalsa camera for tests with checkpoint II next week. So can you indicate me your delay to ship me the cables.

Thanks in advance for your response.

-jean.

**Jean Caron,** *Vision Solution Engineer*
**COGNEX** *Corporation*
104, avenue Albert 1ier – 92563 Rueil–Malmaison Cedex – France
Tel: +33 (0) 1 47 77 15 21; Fax: +33 (0) 1 47 77 15 30

**Tracking:**            **Recipient**

                        Jean Caron

                        Susan Keirouz

**From:** Jean Caron
**Sent:** Monday, August 07, 2000 3:56 AM
**To:** Jacobson, Lowell
**Subject:** RE: Cable for Linear camera Dalsa and ChkptII

Hi Lowell.

thanks a lot for your update and your help.
-jean.

-----Original Message-----
**From:** Lowell Jacobson
**Sent:** Saturday, August 05, 2000 12:10 AM
**To:** Jean Caron
**Cc:** Susan Keirouz
**Subject:** RE: Cable for Linear camera Dalsa and ChkptII

Hi Jean,

The video cable you require has Cognex part number 300-0280-XX (e.g XX = 15 or 100 feet in length). I learned today that none of these cables are currently in stock; in fact, I learned from Order Administration that the part number is so new that they have never stocked any of these cables.

Note that the above part number is different than the number 300-0276-XX mentioned in the CP HW documentation. The difference between these cables relates to their bandwidth capability. The older cable 300-0276-XX does not handle the data transfer speed used in Checkpoint II (30 MHz). In particular, the images have lots of spots (noise) in them. The newer cable 300-0280-XX does handle the 30 MHz communication speed, and can provide reliable operation up to 40 MHz which is the maximum handled by the camera.

As I mentioned in my previous email, Sue Keirouz is working to establish a stock of the new cables. I did not reach Sue today, but I will speak with her next week regarding availability. Unfortunately, I am not very optimistic about getting a cable to you by next week. However, if I can get a cable next week, I will have it shipped to you via overnight mail. Sorry for the delay.

Lowell

-----Original Message-----
**From:** Jean Caron
**Sent:** Thursday, August 03, 2000 4:14 AM
**To:** Lowell Jacobson
**Subject:** RE: Cable for Linear camera Dalsa and ChkptII

hi Lowell.

Ok for your clear explanation.
I will have a loan by Dalsa in France for a camera, the power supply and the cable, so no problems for its.

Thanks for your update about video cable availability and new part number.

-jean.

-----Original Message-----
**From:** Lowell Jacobson
**Sent:** Wednesday, August 02, 2000 10:06 PM
**To:** Jean Caron
**Subject:** RE: Cable for Linear camera Dalsa and ChkptII

Hi Jean,

Sorry for the delay, but there has been great confusion here in Natick about what cabling is required for the Dalsa camera and whether VS needs to be involved. Yesterday, there was a meeting with the Checkpoint marketing manager, Susan Keirouz, HW Engineering, Video Systems Group, and VS to discuss the cable

1

issue.

As it turns out, there is no need for VS to have cables built for the Dalsa cameras. Rather all cables will come from Cognex stock. Some new part numbers are being created for the Dalsa cables that Cognex will stock. The Checkpoint II hardware documentation will be updated at some point to give an adequate description of the line-scan cabling requirements.

There are three different cables required to interface with the Dalsa camera. These are:
• video cable (camera to cognex board)
• camera power cable (power supply to camera)
• encoder cable (encoder to cognex)

The video cable should be available in stock now or soon. I will check on its availability and follow up with another email shortly.

The power cable is something that Cognex does not stock, but that should be available from Dalsa (do you know if you will receive this with the camera?).

The encoder cable will be stocked by Cognex. It will have a connector for the Cognex board on one end and an open cable on the other end (since the connector type and pin-out of each customer's encoder will be unique). Each customer will therefore need to add a connector to the encoder-end of the cable. The encoder cable will not be immediately available from Cognex. You will probably have to rig up your own.

Lowell

-----Original Message-----
**From:**      Jean Caron
**Sent:**      Wednesday, August 02, 2000 9:28 AM
**To:**        Lowell Jacobson
**Subject:**   Cable for Linear camera Dalsa and ChkptII

Hi Lowell

I will receive a Dalsa camera for tests with checkpoint II next week. So can you indicate me your delay to ship me the cables.

Thanks in advance for your response.

-jean.

**Jean Caron,** *Vision Solution Engineer*
**COGNEX** *Corporation*
104, avenue Albert 1ier – 92563 Rueil–Malmaison Cedex – France
Tel: +33 (0) 1 47 77 15 21; Fax: +33 (0) 1 47 77 15 30

**From:**          Caron, Jean
**Sent:**          Thursday, March 06, 2003 12:12 PM
**To:**            Jacobson, Lowell
**Cc:**            Scola, Joe
**Subject:**       RE: PatMax model boundary points and CVL

Hi Lowell.

Thanks a lot for your prompt answer. I will review this information and let you know if I will still have problems.
Have a good afternoon.

jean.

> -----Original Message-----
> **From:**      Jacobson, Lowell
> **Sent:**      Thursday, March 06, 2003 5:57 PM
> **To:**        Caron, Jean
> **Cc:**        Scola, Joe
> **Subject:**   RE: PatMax model boundary points and CVL
>
> Hi Jean,
>
> Here is the email to which Joe referred with sample code showing how to walk the glist to get the Patmax runtime
> match-graphics features.
>
> << Message: FW: Displaying PatMax results in a non-Cognex (i.e., MFC) display >>
>
> Lowell
>
> > -----Original Message-----
> > **From:**    Caron, Jean
> > **Sent:**    Thursday, March 06, 2003 8:40 AM
> > **To:**      Scola, Joe; Jacobson, Lowell
> > **Subject:** RE: PatMax model boundary points and CVL
> >
> > Thanks Joe. I have tried using CCUITablet but without success.
> > Lowell, thanks in advance for your help.
> >
> > jean.
> >
> > > -----Original Message-----
> > > **From:**      Scola, Joe
> > > **Sent:**      Thursday, March 06, 2003 14:28
> > > **To:** Caron, Jean
> > > **Cc:** Jacobson, Lowell
> > > **Subject:**   RE: PatMax model boundary points and CVL
> > >
> > > Hi Jean,
> > >
> > > Sure this is possible, but you have to "walk" the ccUITablet or the glist yourself.   Lowell has done this in code
> > > and he probably has code he can give you.  OK?
> > >
> > > Joe Scola  joes@cognex.com
> > >
> > >
> > > > -----Original Message-----
> > > > **From:**      Caron, Jean
> > > > **Sent:**      Thursday, March 06, 2003 8:26 AM
> > > > **To:** Scola, Joe
> > > > **Subject:**   PatMax model boundary points and CVL

Hi Joe.

Witch way could you indicate me to get the fine-grain features vector coordinates of a PatMax model with CVL ? I need get the list of vectors to display them with the train image in a specific display and not in the ccDisplayconsole.

Thanks for your help.
Let me know.
jean.

==================================================

# COGNEX

**Vision for Industry**

### Jean Caron

Senior Vision Solution Engineer

Cognex International, Immeuble Le Patio
104 Avenue Albert 1er 92563 Rueil-Malmaison cedex France
Tel: +33 (0)1 47 77 1521     Fax: +33 (0)1 47 77 1530
email: jcaron@cognex.com

==================================================

**From:** Caron, Jean
**Sent:** Thursday, March 06, 2003 8:40 AM
**To:** Scola, Joe; Jacobson, Lowell
**Subject:** RE: PatMax model boundary points and CVL

Thanks Joe. I have tried using CCUITablet but without success.
Lowell, thanks in advance for your help.

jean.

-----Original Message-----
**From:** Scola, Joe
**Sent:** Thursday, March 06, 2003 14:28
**To:** Caron, Jean
**Cc:** Jacobson, Lowell
**Subject:** RE: PatMax model boundary points and CVL

Hi Jean,

Sure this is possible, but you have to "walk" the ccUITablet or the glist yourself.   Lowell has done this in code and he probably has code he can give you.  OK?

Joe Scola  joes@cognex.com

-----Original Message-----
**From:** Caron, Jean
**Sent:** Thursday, March 06, 2003 8:26 AM
**To:** Scola, Joe
**Subject:** PatMax model boundary points and CVL

Hi Joe.

Witch way could you indicate me to get the fine-grain features vector coordinates of a PatMax model with CVL ? I need get the list of vectors to display them with the train image in a specific display and not in the ccDisplayconsole.

Thanks for your help.
Let me know.
jean.

==========================================

# COGNEX
**Vision for Industry**

### Jean Caron
#### Senior Vision Solution Engineer

Cognex International, Immeuble Le Patio
104 Avenue Albert 1er 92563 Rueil-Malmaison cedex France
Tel: +33 (0)1 47 77 1521     Fax: +33 (0)1 47 77 1530
email: jcaron@cognex.com
==========================================

1

**From:** Jacobson, Lowell
**Sent:** Thursday, March 06, 2003 11:57 AM
**To:** Caron, Jean
**Cc:** Scola, Joe
**Subject:** RE: PatMax model boundary points and CVL

Hi Jean,

Here is the email to which Joe referred with sample code showing how to walk the glist to get the Patmax runtime match-graphics features.



FW: Displaying
PatMax results ...

Lowell

> -----Original Message-----
> **From:** Caron, Jean
> **Sent:** Thursday, March 06, 2003 8:40 AM
> **To:** Scola, Joe; Jacobson, Lowell
> **Subject:** RE: PatMax model boundary points and CVL
>
> Thanks Joe. I have tried using CCUITablet but without success.
> Lowell, thanks in advance for your help.
>
> jean.
>
> > -----Original Message-----
> > **From:** Scola, Joe
> > **Sent:** Thursday, March 06, 2003 14:28
> > **To:** Caron, Jean
> > **Cc:** Jacobson, Lowell
> > **Subject:** RE: PatMax model boundary points and CVL
> >
> > Hi Jean,
> >
> > Sure this is possible, but you have to "walk" the ccUITablet or the glist yourself.   Lowell has done this in code and he probably has code he can give you.  OK?
> >
> > Joe Scola  joes@cognex.com
> >
> > > -----Original Message-----
> > > **From:** Caron, Jean
> > > **Sent:** Thursday, March 06, 2003 8:26 AM
> > > **To:** Scola, Joe
> > > **Subject:** PatMax model boundary points and CVL
> > >
> > > Hi Joe.
> > >
> > > Witch way could you indicate me to get the fine-grain features vector coordinates of a PatMax model with CVL ? I need get the list of vectors to display them with the train image in a specific display and not in the ccDisplayconsole.
> > >
> > > Thanks for your help.
> > > Let me know.
> > > jean.

=========================================

# COGNEX
**Vision for Industry**

### Jean Caron
Senior Vision Solution Engineer

Cognex International, Immeuble Le Patio
104 Avenue Albert 1er 92563 Rueil-Malmaison cedex France
Tel: +33 (0)1 47 77 1521 Fax: +33 (0)1 47 77 1530
email: jcaron@cognex.com

=========================================

**Tracking:**

| Recipient |
|---|
| Caron, Jean |
| Scola, Joe |

# EXHIBIT B

## to

## AFFIDAVIT OF LOWELL JACOBSON

| | |
|---|---|
| **From:** | Lowell Jacobson |
| **Sent:** | Thursday, June 07, 2001 1:58 PM |
| **To:** | Vision Solutions (MVS)-Worldwide |
| **Cc:** | Collura, Julie |
| **Subject:** | Can you access the private VS web page? |

Hi All,

We are currently setting up a private (VS access only) web page.  Could everyone please try to access the web page at the link below.  Then indicate, by clicking **yes** or **no** above, whether you were able to access the page.

Please try a couple of times.  I saw slightly odd behavior myself where, on my first attempt, I was prompted for user name, PW and domain name, then denied access.  But then on my second and subsequent attempts to access the link, I went straight to the page without being asked for login information.

Lowell

> -----Original Message-----
> **From:**    Julie Collura
> **Sent:**    Thursday, June 07, 2001 11:30 AM
> **To:**    Lowell Jacobson
> **Subject:**    testing!
>
> http://w3/groups/vsprivate/indexprivate.asp
>
> Hi Lowell,
>
> This is just a test for accessing purposes.  Can you send this to your group to see if they can access this page? Let me know of any problems.  Thanks.
>
> Julie
> --------------------
>
> Julie Collura
> Web Specialist (Intranet)
> Corporate Communications
> Cognex Corp
> One Vision Drive
> Natick, MA  01760
> T: 508-650-3314
> F: 508-650-3324

**Tracking:**

| Recipient |
|---|
| Vision Solutions (MVS)-Worldwide |
| Collura, Julie |

# EXHIBIT C

## to

## AFFIDAVIT OF LOWELL JACOBSON

**From:**      Lowell Jacobson
**Sent:**      Monday, July 09, 2001 4:51 PM
**To:**        Vision Solutions (MVS)-Worldwide
**Cc:**        Collura, Julie
**Subject:**   RE: Phase 2 testing of secure site

It's time for another test of our private web page.  Could everyone please try to access the "Vision Solutions Private Site" link on the following web page http://w3/groups/vsolutions/indexnew.asp.  Then indicate, by clicking **yes** or **no** above, whether you were able to access the page.

If you are authorized, you should get immediate access to the private site without receiving a login prompt. Thanks.

Lowell

> -----Original Message-----
> **From:**      Julie Collura
> **Sent:**      Wednesday, June 27, 2001 4:04 PM
> **To:**        Lowell Jacobson
> **Subject:**   Phase 2 testing of secure site
>
> Hi Lowell,
>
> We've found what the problem was now it's time to start testing again.  Please send me any feedback you get. If you have access to netscape, please have your group test in that as well.  Thanks for your patience.
>
> http://w3/groups/vsolutions/indexnew.asp
>
>
> **********************************************
> Julie Collura
> Intranet Project Leader
> Corporate Communications
> Cognex Corp, One Vision Drive, Natick, MA  01760
> T: 508-650-3314, F: 508-650-3324
> email: julie.collura@cognex.com

**Tracking:**        Recipient
                     Vision Solutions (MVS)-Worldwide
                     Collura, Julie

1

# EXHIBIT D

## to

## AFFIDAVIT OF LOWELL JACOBSON

**From:**          Jean Caron
**Sent:**          Friday, August 03, 2001 7:24 AM
**To:**            Jacobson, Lowell
**Subject:**       Yes: Phase 2 testing of secure site

Sorry for the delay due to Vacations.

jean.