**[TRANSLATION]**

**AFFIDAVIT OF JEAN CARON
IN SUPPORT OF DEFENDANT'S
OPPOSITION TO PLAINTIFF'S MOTION TO REMAND**

The undersigned, Jean Caron, on oath and upon personal knowledge, hereby states as follows:

1. I am over eighteen (18) years of age, and understand and believe in the obligations of taking an oath.

2. I am a citizen of the nation of France.

3. My native language is French. I do not speak or read English fluently.

4. During the last two years of my employment with Cognex International, Inc. ("Cognex International"), my gross earnings exceeded 95 000 Euros, as follows:

|  | Gross Salary |
|---|---|
| October to December 2001 t | 3 x 3875 € = 11625 € |
| 2002 | 46 647 € |
| January to September 2003 | 36 932 € |
| TOTAL | 95 204 € |

5. My annual gross salary from my current employer, Euresys, S.A., is 58,128 Euros, which has an approximate current value of US$ 77,300. I have no reason to believe that my earnings from Euresys will not remain at or above this level for the next two years. In fact, I expect my annual compensation will increase over this time.

6. My entire academic and professional career has been in the field of machine vision systems.

7. Unemployment in the European Communities is high and my employment opportunities within the field of machine vision systems, and especially at my level of experience, are very limited.

# [TRANSLATION]

8. As I now understand the English language document called Employee Invention, Non-Disclosure and Non-Competition Agreement, I would effectively be prohibited from working in my professional field for two years if the work restrictions were enforced. I believe that my earning potential would be extremely limited outside of my professional field.

Signed under the pains and penalties of perjury this 8th day of December, 2004.

Jean Caron

I, Mielle C. Nichols, do hereby declare as follows:

1.  I am an attorney licensed to practice law in Belgium, and of-counsel to the law firm of Seyfarth Shaw. I work at Seyfarth Shaw's Brussels, Belgium office, and am fluent in both French and English, meaning I can easily speak, read and write in both languages.

2.  The attached document is a true and accurate English translation of an affidavit signed by Jean Caron on December 8, 2004, in support of Defendant's opposition to Plaintiff's motion to remand.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was signed on Thursday, December 9, 2004 in Brussels, Belgium.

_____
Mielle C. Nichols

**DECLARATION DE MONSIEUR JEAN CARON
A L'APPUI DE SON OPPOSITION
À LA REQUETE DE RENVOI DE LA DEMANDERESSE**

Je soussigné, Jean Caron, déclare sur parole, et à ma meilleure connaissance que :

1. Je suis âgé de plus de dix-huit (18) ans, et je suis conscient de ce que représente une déclaration sur parole.

2. Je suis de nationalité française.

3. Ma langue maternelle est le français. Je ne parle pas l'anglais couramment.

4. Durant mes deux dernières années de travail chez Cognex International, Inc. (ci-après « Cognex International »), ma rémunération brute dépassait la somme de 95.000 Euros, comme ci-après :

|  | Remunération Brute |
|---|---|
| D'octobre à décembre 2001 | 3 x 3875 € = 11625 € |
| En 2002 | 46 647 € |
| De janvier à septembre 2003 | 36 932 € |
| **TOTAL** | **95 204 €** |

5. Ma rémunération annuelle brute perçue de mon employeur actuel, à savoir Euresys SA, est de l'ordre de 58.128 Euros, ce qui équivaut à environ 77.300 dollars US. Je n'ai absolument aucune raison de croire que ma rémunération d'Euresys ne resterait pas à ce niveau pour les deux prochaines années. Au contraire, j'anticipe de recevoir une augmentation durant cette période.

6. Toute ma carrière académique et professionnelle a été dans le domaine de la vision industrielle.

7. Le taux de chômage étant est très élevé dans l'Union Européenne et les opportunités d'emploi dans le domaine de la vision industrielle et au niveau auquel je me situe sont pour le moins extrêmement rare.

-2-

8.  Si je comprends bien le document anglais intitulé « Employee Invention, Non-Disclosure and Non-Competition Agreement », il me serait interdit de travailler dans mon domaine professionnel pour une période de deux ans, si les clauses restrictives m'étaient imposées. Je suis d'avis que mes chances de travail rémunéré seraient particulièrement limitées en dehors du domaine de vision industrielle.

Signé en ce 8 décembre 2004, sous peine de parjure.

_____
Jean Caron