**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| COGNEX CORPORATION )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JEAN CARON )<br>)<br>Defendant. )<br>) | CIVIL ACTION NO. 04-12365 JLT |

**DEFENDANT'S MOTION FOR RECONSIDERATION**
**AND PRELIMINARY HEARING**

Pursuant to Fed. R. Civ. P. 12(d), defendant Jean Caron respectfully requests that this Court schedule a preliminary hearing and reconsider its decision to deny his Motion To Dismiss For Lack Of Personal Jurisdiction, Forum Non Conveniens, Or Improper Service. The grounds for this Motion for Reconsideration are more fully set forth in the accompanying memorandum of law and include:

(1) plaintiff misrepresented the prima facie standard for evaluating a motion to dismiss for lack of personal jurisdiction; and

(2) the circumstances of this case call for a preliminary hearing to "hear and determine" Mr. Caron's motion to dismiss for lack of personal jurisdiction, as contemplated by Fed. R. Civ. P. 12(d) and approved by the Court of Appeals for the First Circuit in *Foster-Miller, Inc.* v. *Babcock & Wilcox Canada*, 46 F.3d 138, 146 (1st Cir. 1995).

**RULE 7.1(A)(2) CERTIFICATION**

Pursuant to Local Rule 7.1(A)(2), counsel for Defendant states that she has conferred with Plaintiff's counsel in a good faith effort to resolve or narrow the issues raised in this Motion.

>                         Respectfully submitted,
>                         JEAN CARON
>                         By his Attorney(s),
>
>
>                         _____/s/   Sally L. Adams_____
>                         Sally L. Adams (BBO # 629688)
>                         SEYFARTH SHAW LLP
>                         World Trade Center East
>                         Two Seaport Lane, Suite 300
>                         Boston, MA 02210-2028
>                         Telephone:    (617) 946-4800
>                         Telecopier:   (617) 946-4801

DATED:  January 14, 2005