UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COGNEX CORPORATION, )<br>      Plaintiff, )<br>)<br>v. )<br>)<br>JEAN CARON, )<br>      Defendant. ) | CIVIL ACTION NO. 04 12365 JLT |

**PLAINTIFF, COGNEX CORPORATION'S, APPENDIX IN SUPPORT OF PLAINTIFF'S MOTION TO SHOW CAUSE AND FOR ORDER OF CIVIL CONTEMPT**

Notice is hereby given that the documents listed below have been manually filed with the Court and are available in paper form only:

TAB NO.   DESCRIPTION

1. Complaint
2. Plaintiff's Motion for Ex Parte Temporary Restraining Order Pursuant to Mass.R.Civ.P. 65(a)
3. Temporary Restraining Order (dated August 2, 2004)
4. Summons and Restraining Order
5. Plaintiff's Application for Preliminary Injunction Pursuant to Mass.R.Civ.P. 65
6. Plaintiff's Memorandum in Support of Application for Preliminary Injunction
7. Plaintiff's Motion for Extension of Temporary Restraining Order Pursuant to Mass.R.Civ.P. 65(a)
8. Extension of Temporary Restraining Order (dated August 11, 2004)
9. Plaintiff's Emergency Motion for Extension of Temporary Restraining Order Pursuant to Mass.R.Civ.P. 65(a)
10. Extension of Temporary Restraining Order (dated October 25, 2004)
11. Affidavit of Jean Caron in Support of Defendant's Motion to Dismiss [Translation]

The original documents are maintained in the case file in the Clerk's Office.

Dated: January 14, 2005

/s/ James E. O'Connell, Jr.
James E. O'Connell, Jr., BBO# 376475
Jennifer A. Yelen, BBO# 565205
PERKINS SMITH & COHEN LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 854-4000

13271-11  App(011405filing).doc