# Exhibit A

COMMONWEALTH OF MASSACHUSETTS
THE TRIAL COURT
THE SUPERIOR COURT DEPARTMENT

MIDDLESEX, ss.                                    CIVIL ACTION NO.

COGNEX CORPORATION,           )
         Plaintiff,           )
                              )
    v.                        )
                              )
JEAN CARON,                   )
         Defendant.           )

## ~~PROPOSED~~ TEMPORARY RESTRAINING ORDER

It is hereby Ordered and Adjudged as follows:

1.   Defendant, and all persons in active concert or participating with him who receive actual notice of this Order, are hereby restrained and enjoined from: (1) engaging in or accepting employment with any business competitive with Cognex, including but not limited to Euesys S.A., in violation of his contract with Cognex, and from soliciting any customers of Cognex; (2) divulging, appropriating, or using to his own gain any confidential information obtained from Cognex; (3) violating in any manner the agreement between the Plaintiff and Defendant; and (4) retaining any proprietary technology and equipment and confidential information belonging to Plaintiff.

2.   This Temporary Restraining Order shall expire by its terms on AUGUST 11, 2004. A hearing on Plaintiff's Application for Preliminary Injunction shall be held on 2:00 pm, AUGUST 11, 2004 at 2:00p.m. at the Middlesex County Superior Court, Room 7A.

All until further Order of the Court.

Dated this 2nd day of August, 2004.

_____
Associate Justice, Superior Court

# Exhibit B

COMMONWEALTH OF MASSACHUSETTS
THE TRIAL COURT
THE SUPERIOR COURT DEPARTMENT

MIDDLESEX, ss.                                    CIVIL ACTION NO. MICV2004-03040

COGNEX CORPORATION,            )
          Plaintiff,           )
                               )
     v.                        )
                               )
JEAN CARON,                    )
          Defendant.           )

## PROPOSED EXTENSION FOR TEMPORARY RESTRAINING ORDER

It is hereby Ordered and Adjudged as follows:

The Temporary Restraining Order scheduled to expire on August 11, 2004, shall be extended for a period of ninety (90) days, until November 8, 2004, to allow Cognex to serve the Defendant pursuant to the requirements of the Hague Convention, or not more than two weeks after return of service, whichever is earlier

All until further Order of the Court.

Dated this 11th day of August, 2004.

_____
Associate Justice, Superior Court

Exhibit C

# Exhibit C

ETUDE DE MAITRES FREDDY SAUVAGE & BERNARD VIDICK
HUISSIERS DE JUSTICE
RUE MIVILLE 6 - 4101 JEMEPPE

TEL : 04/231.14.24     FAX : 04/233.78.91     BBL : 340-0297775-23
BUREAUX OUVERTS DE 14 A 16H. ET SUR RENDEZ-VOUS

Dossier : /B052270                                            Feuillet n° 1

## ACTE DE REMISE



L'an deux mille quatre, le _vingt octobre_

A la requête de :

La Société **COGNEX CORPORATION**, One Vision Drive, Natick, MA 01760-2059, USA;

Elisant domicile aux fins des présentes en l'étude de l'huissier de justice requérant.

Je soussigné *Freddy* SAUVAGE Huissier de Justice, de résidence à 4101 Jemeppe-sur-Meuse, Rue Miville, 6

Ai remis à :

Monsieur **Jean, Georges Aimé Caron**, né(e) le 12/04/1967 à Amiens/France, domicilié à 4122 Plainevaux, Rue de l'Arbois, 8;

ou étant et parlant à _sa belle-mère_

ainsi déclaré, qui ne vise pas l'original pour réception.

Attendu que l'exploit n'a pu être signifié comme il est dit aux articles 33 à 35 du Code Judiciaire, j'en (art 43 du Code Jud.) ai laissé une copie à l'adresse prémentionnée du destinataire, conformément à l'article 38 §1 du même Code à .....h....., lui signifiant que je lui adresserai une lettre sous pli recommandé à la poste pour l'informer de la possibilité de retirer une copie conforme de cet exploit en mon étude, dans un délai maximum de trois mois dater de la signification. R.A.

```
EF    :101,63
DINF  : 21,42
DCOP  :427,20
PC    :  8,11
VACS  :  9,16
------
DR    :567,52

TIMB  : 10,00
ENR   : 25,00
------
DB    : 35,00
DR    :567,52
------
TOTAL :602,52

LERC  :  4,50
------
TOTAL :607,02
```

Les pièces suivantes : EN ORIGINAL

Documents en Anglais :
1. Plaintiff's Application for Preliminary Injunction Pursuant to Mass.R.Civ.P.65 ;
2. Complaint;
3. Plainitff's Memorandum in Support of Application for Preliminary Injunction;
4. Proposed Preliminary Injunction;
5. Plaintiff's Motion for Ex Parte temporary Restraining Order Pursuant to mass.R.Civ.P.65(a);
6. Civil Action Cover Sheet;
7. Civil Action Cover Sheet Instructions
8. Temporary Restraining Order;
9. Summons and Restraining Order;
10. Exhibit "A" to Complaint;
11. Exhibit "A" to Plaintiff's Memorandum in Support of Application for Preliminary Injunction;
12. Exhibit "B" to Plaintiff's Memorandum in Support of Application for Preliminary Injunction;
13. Certified Copy of the Proposed Extension for Temporary Restraining Order;

MM

14. Certification of Translation dated August 18, 2004;
15. Certification of Translation August 17, 2004;
16. Attachments to Exhibit B to Plaintiff's Memorandum in Support of Application for Preliminary Injunction.

Documents en Français:

1. Demande d'injonction préliminaire par le plaignant conformément à l'article Mass.R.CIV.P.65;
2. Plainte;
3. Exposé du plaignant appuyant sa requête d'injonction préliminaire;
4. Proposition d'injonction préliminaire;
5. Requête du plaignant pour l'obtention d'une ordonnance restrictive temporaire ex parte conformément à Mass.R.CIV.P.65(a);
6. Action civile page titre;
7. Page titre d'action civile, instructions;
8. Ordonnance restrictive temporaire;
9. Sommation et ordonnance restrictive;
10. Annexe A à plainte;
11. Annexe A à: Exposé du plaignant appuyant sa demande d'injonction préliminaire;
12. Annexe B à: Exposé du plaignant appuyant sa demande d'injonction préliminaire;
13. Prolongation proposée d'ordonnance restrictive temporaire.

De tout quoi, j'ai dressé le présent acte de remise dont l'original sera retourné la Société **COGNEX CORPORATION**, One Vision Drive, Natick, MA 01760-2059, USA.

Faisant cette signification conformément aux dispositions de l'article IV du Protocole annexé à la Convention entre les Etats membres de la Communauté Economique Européenne relative à la compétence judiciaire et à la mise à exécution de décisions en matières civile et commerciale signée à Bruxelles le 27 septembre 1968 ainsi que conformément aux dispositions de l'Accord entre la Belgique et le Grand Duché de Luxembourg conclu par échange de lettres datées de Bruxelles des 11 et 19 mars 1974.

Et pour que la partie signifiée n'en ignore, je lui ai laissé étant et parlant comme dit-est la copie du présent remise conformément à la loi avec elle y vanté le tout sous pli fermé s'il échet.

DONT ACTE.

Coût : 602,52 Eur à majorer des frais éventuels de lettre recommandée.

Enregistré à LIEGE
le  15 OCT 2004
Vol. 845 Fol. 73 Case 52
Deux rôles renvois
Reçu : vingt-cinq euros

MJ. DUJARDIN

**Exhibit D**

**Exhibit D**

COMMONWEALTH OF MASSACHUSETTS
THE TRIAL COURT
THE SUPERIOR COURT DEPARTMENT

MIDDLESEX, ss.                                CIVIL ACTION NO. MICV2004-03040

COGNEX CORPORATION, )
      Plaintiff, )
       )
v. )
       )
JEAN CARON, )
      Defendant. )
       )

## ~~PROPOSED~~ EXTENSION OF TEMPORARY RESTRAINING ORDER

It is hereby Ordered and Adjudged as follows:

1. The Temporary Restraining Order issued on August 2, 2004, and extended on August 11, 2004, shall be extended for a period of two (2) weeks, until November ~~8~~ 16, 2004, or until a hearing is conducted on Plaintiff's Application for Preliminary Injunction, whichever is later.

2. A hearing is scheduled to be held on Plaintiff's Application Injunction on November 16, 2004, at 2:00p.m., in Courtroom 11 at the Superior Court in Middlesex County in Cambridge, Massachusetts.

All until further Order of the Court.

Dated this 25th day of October, 2004.

_____
Associate Justice, Superior Court

Attest: _____
Assistant Clerk