**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| COGNEX CORPORATION )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JEAN CARON )<br>)<br>Defendant. )<br>) | CIVIL ACTION NO. 04-12365 JLT |

**DEFENDANT'S NOTICE OF FILING
OF CERTIFIED TRANSLATIONS OF FOREIGN LAW**

PLEASE TAKE NOTICE that the defendant Jean Caron has filed in the above-captioned matter certified copies of translated documents in support of Defendant's Motion to Dismiss for Lack or Subject Matter Jurisdiction and Motion for Reconsideration, which is scheduled for hearing on May 5, 2005. The documents are attached hereto as follows:

| Exhibit | Description |
|---|---|
| A | Code du Travail Art. L. 121-1 and 121-3 |
| B | Certified English Translation of French Labor Code Art. L. 121-1 and 121-3 |
| C | Declaration de Monsieur Jean Caron |
| D | Certified English Translation of Affidavit of Mr. Jean Caron |

Respectfully submitted,
JEAN CARON
By his Attorney(s),


_____/s/   Sally L. Adams_____
Sally L. Adams (BBO # 629688)
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
Telephone:    (617) 946-4800
Telecopier:    (617) 946-4801


DATED:  April 29, 2005