UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| COGNEX CORPORATION, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 04-12365-JLT |
| | * | |
| JEAN CARON, | * | |
| | * | |
| Defendant. | * | |

ORDER

May 9, 2005

TAURO, J.

After a Hearing held on May 9, 2005, this court hereby orders that:

1. Defendant's Motion for Reconsideration [#22] is DENIED;

2. Plaintiff's Motion to Show Cause and for Order of Civil Contempt [#24] is DENIED, as the Superior Court's *ex parte* Temporary Restraining Order expired pursuant to Mass. R. Civ. P. 65(a);

3. Plaintiff may depose Defendant Jean Caron by June 30, 2005;

4. Defendant may file a motion for discovery within thirty (30) days after completion of the abovementioned deposition;

5. No additional discovery will be permitted without leave of this court; and

6. A Further Conference is scheduled for August 2, 2005 at 10:30 a.m.

IT IS SO ORDERED.

/s/ Joseph L. Tauro
United States District Judge