UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COGNEX CORPORATION,      )<br>            Plaintiff,      )<br>                                       )<br>v.                                  )<br>                                       )<br>JEAN CARON,                )<br>            Defendant.    )<br>                                       ) | CIVIL ACTION NO. 04 12365 JLT |

**PLAINTIFF'S APPLICATION FOR PRELIMINARY INJUNCTION
PURSUANT TO FED.R.CIV.P. 65**

Plaintiff, Cognex Corporation ["Cognex"], moves this Court pursuant to Fed.R.Civ.P. 65 for a Preliminary Injunction, restraining and enjoining the Defendant and all persons in active concert or participating with him who receive actual notice of such Order from: (1) engaging in or accepting employment with any business competitive with Cognex, including but not limited to Euresys S.A., in violation of Defendant's contract with Cognex, and from soliciting any customers of Cognex; (2) divulging, appropriating, or using to his own gain any confidential information obtained from Cognex; (3) violating in any manner the agreement between the Plaintiff and Defendant; and (4) retaining any proprietary technology and equipment and confidential information belonging to Plaintiff.

Absent an injunction, Plaintiff will suffer immediate and irreparable injury, loss and damages. The reasons for granting this Application are set forth in greater detail in the Complaint, Memorandum and Affidavits previously filed in the Massachusetts Superior Court, Middlesex County Civil Action No. MICV2004-03040, incorporated herein by reference.

A Proposed Preliminary Injunction is attached.

WHEREFORE, Cognex requests that this Court enter a Preliminary Injunction in the form attached.

>The Plaintiff,
>**COGNEX CORPORATION,**
>By its attorneys,
>
>/s/ James E. O'Connell, Jr.
>James E. O'Connell, Jr., BBO# 376475
>Jennifer A. Yelen, BBO# 565205
>PERKINS SMITH & COHEN LLP
>One Beacon Street
>Boston, MA 02108
>(617) 854-4000

Dated: June 15, 2005

## CERTIFICATE OF SERVICE

I, Jennifer A. Yelen, hereby certify that on the date first above-written, I served a copy of the within Application for Preliminary Injunction, by first class mail, postage prepaid, upon counsel of record for Defendant at her address of record.

>/s/ Jennifer A. Yelen
>Jennifer A. Yelen