UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COGNEX CORPORATION,<br>          Plaintiff,<br><br>     v.<br><br>JEAN CARON,<br>          Defendant. | )<br>)<br>)<br>)    CIVIL ACTION NO. 04 12365 JLT<br>)<br>)<br>)<br>) |

**PROPOSED PRELIMINARY INJUNCTION**

It is hereby Ordered and Adjudged as follows:

Defendant, and all persons in active concert or participating with him who receive actual notice of this Order, are hereby restrained and enjoined from: (1) engaging in or accepting employment with any business competitive with Cognex, including but not limited to Euresys S.A., in violation of his contract with Cognex, and from soliciting any customers of Cognex; (2) divulging, appropriating, or using to his own gain any confidential information obtained from Cognex; (3) violating in any manner the agreement between the Plaintiff and Defendant; and (4) retaining any proprietary technology and equipment and confidential information belonging to Plaintiff.

All until further Order of the Court.

Dated this ____ day of _____, 2005.

_____
Joseph L. Tauro, United States District Judge