UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COGNEX CORPORATION )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JEAN CARON )<br>)<br>Defendant. )<br>) | CIVIL ACTION NO.  04-12365 JLT |

**UNOPPOSED MOTION FOR LEAVE
TO WITHDRAW APPEARANCE**

Pursuant to Local Rule 83.5.2, the undersigned hereby requests leave of this Court to withdraw her appearance and the appearance of Seyfarth Shaw LLP as counsel for the defendant Jean Caron.  Mr. Caron, who is a resident of Brussels, Belgium and retained Seyfarth Shaw LLP through its Brussels office, has terminated the services of counsel and has instructed counsel to withdraw from this case.  On information and belief, the Brussels bar rules provide,

> In general, an attorney can defend the interest of his clients as long as and only to the extent he receives instructions to do so from his client; when his mandate is ended, the attorney must step down, even if he believes - be it with reason - that his withdrawal will not serve the client's "best interest", the client being the only one to decide.

On June 14, 2005, counsel for plaintiff Cognex Corporation indicated that plaintiff will not oppose this Motion.  The following day, on June 15, 2005, plaintiff filed an application for preliminary injunctive relief, which Mr. Caron has opposed.  Mr. Caron has been advised of plaintiff's pending application for preliminary injunctive relief and has confirmed his instructions to withdraw.  There currently are no other motions

2

pending before the Court, no trial date has been set, and no reports are due.  There is a

status conference before this Court scheduled for August 2, 2005 at 10:30 a.m.

                                            Respectfully submitted,
                                            JEAN CARON
                                            By his Attorney(s),

                                                /s/   Sally L. Adams
                                            Sally L. Adams (BBO # 629688)
                                            SEYFARTH SHAW LLP
                                            World Trade Center East
                                            Two Seaport Lane, Suite 300
                                            Boston, MA 02210-2028
                                            Telephone:     (617) 946-4800
                                            Telecopier:     (617) 946-4801

DATED:  June 21, 2005