UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COGNEX CORPORATION,      )<br>          Plaintiff,          )<br>                                   )<br>v.                              )<br>                                   )<br>JEAN CARON,                )<br>          Defendant.         )<br>                                   ) | CIVIL ACTION NO. 04 12365 JLT |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE A REPLY BRIEF TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S APPLICATION FOR PRELIMINARY INJUNCTION AND REQUEST FOR ORAL ARGUMENT

The Plaintiff, Cognex Corporation ["Cognex"], moves this Court pursuant to Local Rule 7.1(B)(3) for permission to file a reply brief to Defendant's, Jean Caron's ["Caron"], Opposition to Plaintiff's Application for Preliminary Injunction ["Opposition"].

In support of this Motion, Cognex states as follows:

1. On or about June 15, 2005, Cognex filed an Application for Preliminary Injunction Pursuant to Fed.R.Civ.P. 65 ["Application"].  In support of its Application, Cognex specifically incorporated by reference the Complaint, Memorandum and Affidavits previously filed in the Middlesex Superior Court ["Superior Court"].

2. On or about June 21, 2005, Caron filed his Opposition.

3. Cognex seeks permission to reply to Caron's Opposition in order to address specific factual and legal issues raised for the first time at the Federal Court level which were not addressed in Cognex's Superior Court pleadings.

4. Cognex's reply brief solely addresses the issues newly raised in Caron's Opposition.  A copy of Cognex's reply brief is attached as Exhibit A.

5.  There is no harm or prejudice to Caron in permitting Cognex to file a reply brief.

6.  The reply brief will assist this Court considering the issues relating to Cognex's Application.

WHEREFORE, Plaintiff, Cognex Corporation, respectfully requests that this Court:

(a)  allow the within Motion;

(b)  grant the Plaintiff leave to file its Reply Brief (a copy of which is attached as Exhibit A); and

(c)  grant such further relief as this Court deems just and reasonable under the circumstances.

## LOCAL RULE 7.1(A)(2) CERTIFICATION

Counsel for Plaintiff, Cognex Corporation, hereby certifies that we conferred with Defendant, Jean Caron's, counsel of record by phone on June 30, 2005 in a good faith attempt to resolve or narrow the issue presented in the within Motion. The parties were unable to resolve the matters presented herein.

Plaintiff,
**COGNEX CORPORATION,**
By its attorneys,

/s/ James E. O'Connell, Jr.
James E. O'Connell, Jr., BBO# 376475
Jennifer A. Yelen, BBO# 565205
PERKINS SMITH & COHEN LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 854-4000

Dated: July 1, 2005
13271-11  MotionLeaveReply.doc