UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COGNEX CORPORATION, )<br>          Plaintiff,            )<br>                                       )<br>v.                                   )<br>                                       )<br>JEAN CARON,                )<br>          Defendant.        )<br>                                       ) | CIVIL ACTION NO. 04 12365 JLT |

**NOTICE OF FORMATION OF NEW FIRM
AND CHANGE OF ADDRESS OF COUNSEL FOR PLAINTIFF**

Pursuant to the requirements of Fed. R. Civ. P. 11, the undersigned counsel for the Plaintiff, Cognex Corporation, in the above-captioned matter hereby notify the Court that, as of July 1, 2005, their new firm name and address is as follows:

**Shilepsky O'Connell Casey Hartley Michon Yelen LLP
225 Franklin Street
16th Floor
Boston, Massachusetts 02110-2898
(617) 723-8000**

　　　　　　　　　　　　　　　　　　   /s/ James E. O'Connell, Jr.
　　　　　　　　　　　　　　　　　　James E. O'Connell, Jr., BBO#376475
　　　　　　　　　　　　　　　　　　Jennifer A. Yelen, BBO#565205
　　　　　　　　　　　　　　　　　　Perkins Smith & Cohen LLP
　　　　　　　　　　　　　　　　　　One Beacon Street
　　　　　　　　　　　　　　　　　　Boston, Massachusetts 02108
　　　　　　　　　　　　　　　　　　(617) 854-4000

Dated: July 1, 2005

**CERTIFICATE OF SERVICE**

      I, Jennifer A. Yelen, hereby certify that on the date first above-written, I served a copy of the within Notice of Formation of New Firm and Change of Address of Counsel for Plaintiff, by first class mail, postage prepaid, upon all counsel of record at his/her address of record.

                                                        _____
                                                        Jennifer A. Yelen