UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COGNEX CORPORATION,<br>　　　Plaintiff,<br><br>v.<br><br>JEAN CARON,<br>　　　Defendant. | CIVIL ACTION NO. 04 12365 JLT |

### APPLICATION FOR ENTRY OF DEFAULT PURSUANT TO FED. R. CIV. P. 55(a)

To:  Tony Anastas
　　　Clerk
　　　United States District Court
　　　For the District of Massachusetts
　　　John Joseph Moakley U.S. Courthouse
　　　One Courthouse Way
　　　Suite 2300
　　　Boston, MA 02210

　　　Please enter the default of the Defendant, Jean Caron, pursuant to Federal Rule 55(a) for his failure to plead or otherwise defend as provided for by the Federal Rules, and as set forth in the attached Affidavit. Fed. R. Civ. P. 55(a).

　　　　　　　　　　　　　　　　　　　　　Plaintiff,
　　　　　　　　　　　　　　　　　　　　　COGNEX CORPORATION,
　　　　　　　　　　　　　　　　　　　　　By its attorneys,


　　　　　　　　　　　　　　　　　　　　　/s/ James E. O'Connell, Jr.
　　　　　　　　　　　　　　　　　　　　　James E. O'Connell, Jr., BBO# 376475
　　　　　　　　　　　　　　　　　　　　　Jennifer A. Yelen, BBO# 565205
　　　　　　　　　　　　　　　　　　　　　SHILEPSKY O'CONNELL CASEY
　　　　　　　　　　　　　　　　　　　　　HARTLEY MICHON YELEN LLP
　　　　　　　　　　　　　　　　　　　　　225 Franklin Street
　　　　　　　　　　　　　　　　　　　　　Boston, Massachusetts 02110-2898
　　　　　　　　　　　　　　　　　　　　　(617) 723-8000

Dated: July 7, 2005
13271-11 EntryDefault.doc