EXHIBIT A

OFFICE OF MESSRS. FREDDY SAUVAGE & BERNARD VIDICK
PROCESS SERVERS

TEL.: 04/231.14.24  FAX: 04/233.78.91  BBL: 340-0297775-23
OFFICE OPEN FROM 2 TO 4 P.M. AND BY APPOINTMENT

File: /B052270  Page 1

## NOTICE OF DELIVERY

In the year two thousand and four, on the thirteenth of October

At the request of:

**COGNEX CORPORATION**, One Vision Drive, Natick, MA 01760-2059, USA;

Electing domicile for these presents in the office of the Process Server of the plaintiff,

I, the undersigned, Freddy Sauvage, Process Server, residing in 4101 Jemeppe-sur-Meuse, Rue Miville 6,

Delivered to:

Mr. **Jean, Georges Aimé Caron**, born on 4/12/1967 in Amiens, France, domiciled in 4122 Plainevaux, Rue de l'Arbois, 8;

Where I went and spoke to him in person

So declared, who initialed the original for receipt.

[paragraph and list crossed out]

On all of which I have drawn up this Notice of Delivery, the original of which will be returned to **COGNEX CORPORATION**, One Vision Drive, Natick, MA 01760-2059, USA,

And have rendered this service in accordance with the provisions of Article IV of the Protocol to the Convention between the Member States of the European Economic Community on Jurisdiction and on the Enforcement of Judgments in Civil and Commercial Matters signed in Brussels on September 27, 1968, and in accordance with the provisions of the Agreement between Belgium and the Grand Duchy of Luxembourg concluded by exchange of letters dated Brussels, March 11 and 19, 1974.

And so that the party served will not be ignorant of it, I have left him, having gone and spoken as stated, a copy of this Notice in accordance with the law, all in a closed envelope if he is not there.

IN WITNESS THEREOF

Cost: 602.52 Euros, plus the potential cost of a registered letter.

Recorded in Liege 7
On Oct. 15, 2004
Vol. 245, Fol. 78, Box 52
Two rolls referenced
Received: twenty-five Euros
[signature]
MJ DUJARDIN

Motion 36: All persons domiciled at the address:

| Postal code: 4122 | Building No.: 8 | Result: French |
|---|---|---|
| Street code: 3010 | Box No.: XXXX | Id: 130167 |
| | No. of pages: 1 | Ref: B052270 |

**PERSONS RESIDING ON 10.8.2004  9:42:28**
No. 8 Rue de l'Arbois (PLX)
4122 -------------------------------------------------------- Page : 1
53.12.22 000-00   12.31.2001           Laurent, Jean
67.04.12 000-00   10.17.2003           Caron, Jean
67.10.08 000-00   10.17.2003           Aillaud, Laurence
99.06.29 000-00   10.17.2003           Caron, Claire
01.06.27=000-00  10.17.2003           Caron, Marie
03.08.28=000-00  10.17.2003           Caron, Mathilde

Motion 10: Personal Status:

| Name: **CARON** | Sex: -- | Result: **French** |
|---|---|---|
| First Names: **Jean** | INS: -- | Id: **130167** |
| Date of Birth: **04/12/1967** | | Ref: **B052270** |

### LEGAL INFORMATION   10.8.2004   09:42:51

| | | |
|---|---|---|
| 010 (NM) | 04.12.1967 | Caron, Jean Georges Aimé |
| | Sexe : M | |
| 020 (ADR) | 10.17.2003 | 4122/3010/ Rue de l'Arbois (PLX), 8 |
| 001 (COM) | 10.17.2003 | Neupré (4122) |
| 070 (PRF) | **04.12.1985** | **00002 / 9 / Unemployed** |
| 100 (L.N) | 04.12.1976 | / 0000 /   Amiens / France |

```
           ETUDE DE MAITRES FREDDY SAUVAGE & BERNARD VIDICK
                         HUISSIERS DE JUSTICE                    ORIGINAL
                      RUE MIVILLE 6 - 4101 JEMEPPE
    : 04/231.14.24      FAX : 04/233.78.91          BBL : 340-0297775-23
   BUREAUX OUVERTS DE 14 A 16H. ET SUR RENDEZ-VOUS
 Dossier : /B052270                                        Feuillet n° 1
```



## ACTE DE REMISE

L'an deux mille quatre, le *treize octobre*

A la requête de :

La Société **COGNEX CORPORATION**, One Vision Drive, Natick, MA 01760-2059, USA;

Elisant domicile aux fins des présentes en l'étude de l'huissier de justice requérant.

Je soussigné *Freddy* SAUVAGE Huissier de Justice, de résidence à 4101 Jemeppe-sur-Meuse, Rue Miville, 6

Ai remis à :

Monsieur *Jean, Georges Aimé Caron*, né(e) le 12/04/1967 à Amiens/France, domicilié à 4122 Plainevaux, Rue de l'Arbois, 8;

ou étant et parlant à *sa belouse*

ainsi déclaré, qui ~~ne~~ vise ~~pas~~ l'original pour réception.

Attendu que l'exploit n'a pu être signifié comme il est dit aux articles 33 à 35 du Code Judiciaire, j'en (art 43 du Code Jud.) ai laissé une copie à l'adresse prémentionnée du destinataire, conformément à l'article 38 §1 du même Code à ......h......, lui signifiant que je lui adresserai une lettre sous pli recommandé à la poste pour l'informer de la possibilité de retirer une copie conforme de cet exploit en mon étude, dans un délai maximum de trois mois dater de la signification. R.A.

Les pièces suivantes : EN ORIGINAL

```
FF    :101,63
DINF  : 21,42
DCOP  :427,20
PC    :  8,11
VACS  :  9,16
------
DR    :567,52

TIMB  : 10,00
ENR   : 25,00
------
DB    : 35,00
DR    :567,52
------
TOTAL :602,52

LERC  :  4,50
------
TOTAL :607,02
```

**Documents en Anglais :**
1. Plaintiff's Application for Preliminary Injunction Pursuant to Mass.R.Civ.P.65 ;
2. Complaint;
3. Plaintiff's Memorandum in Support of Application for Preliminary Injunction;
4. Proposed Preliminary Injunction;
5. Plaintiff's Motion for Ex Parte temporary Restraining Order Pursuant to mass.R.Civ.P.65(a);
6. Civil Action Cover Sheet;
7. Civil Action Cover Sheet Instructions
8. Temporary Restraining Order;
9. Summons and Restraining Order;
10. Exhibit "A" to Complaint;
11. Exhibit "A" to Plaintiff's Memorandum in Support of Application for Preliminary Injunction;
12. Exhibit "B" to Plaintiff's Memorandum in Support of Application for Preliminary Injunction;
13. Certified Copy of the Proposed Extension for Temporary Restraining Order;

MM

Dossier : B052270                                                                                           Feuillet n° 2

14. Certification of Translation dated August 18, 2004;
15. Certification of Translation August 17, 2004;
16. Attachments to Exhibit B to Plaintiff's Memorandum in Support of Application for Preliminary Injunction.

Documents en Français:

1. Demande d'injonction préliminaire par le plaignant conformément à l'article Mass.R.CIV.P.65;
2. Plainte;
3. Exposé du plaignant appuyant sa requête d'injonction préliminaire;
4. Proposition d'injonction préliminaire;
5. Requête du plaignant pour l'obtention d'une ordonnance restrictive temporaire ex parte conformément à Mass.R.CIV.P.65(a);
6. Action civile page titre;
7. Page titre d'action civile, instructions;
8. Ordonnance restrictive temporaire;
9. Sommation et ordonnance restrictive;
10. Annexe A à plainte;
11. Annexe A à: Exposé du plaignant appuyant sa demande d'injonction préliminaire;
12. Annexe B à: Exposé du plaignant appuyant sa demande d'injonction préliminaire;
13. Prolongation proposée d'ordonnance restrictive temporaire.

De tout quoi, j'ai dressé le présent acte de remise dont l'original sera retourné la Société **COGNEX CORPORATION**, One Vision Drive, Natick, MA 01760-2059, USA.

Faisant cette signification conformément aux dispositions de l'article IV du Protocole annexé à la Convention entre les Etats membres de la Communauté Economique Européenne relative à la compétence judiciaire et à la mise à exécution de décisions en matières civile et commerciale signée à Bruxelles le 27 septembre 1968 ainsi que conformément aux dispositions de l'Accord entre la Belgique et le Grand Duché de Luxembourg conclu par échange de lettres datées de Bruxelles des 11 et 19 mars 1974.

Et pour que la partie signifiée n'en ignore, je lui ai laissé étant et parlant comme dit-est la copie du présent remise conformément à la loi avec elle y vanté le tout sous pli fermé s'il échet.

DONT ACTE.

Coût : 602,52 Eur à majorer des frais éventuels de lettre recommandée.

Enregistré à LIEGE 7
le  15 OCT. 2004
Vol. 845 Fol. 78 Case 52
Deux rôles renvois
Reçu : vingt-cinq euros

MJ. DUJARDIN

> Requête 36 : Toutes les personnes domiciliées à l'adresse

| Code postal : 4122 | N° d'immeuble : 8 | Résultat : Français |
| Code Rue : 3010 | N° de boîte : XXXX | Id : 130167 |
| | N° de page : 01 | Réf : B052270 |

**PERSONNES RESIDANT AU 08.10.2004   09:42:28**
```
Rue de l'Arbois(PLX),no.8
4122 ------------------------------ Page :01
53.12.22 000-00 31.12.2001    Laurent Jean
67.04.12 000-00 17.10.2003    Caron Jean
67.10.08 000-00 17.10.2003    Aillaud Laurence
99.06.29 000-00 17.10.2003    Caron Claire
01.06.27=000-00 17.10.2003    Caron Marie
03.08.28=000-00 17.10.2003    Caron Mathilde
```

> Requête 10 : Situation simple de la personne

| | | |
|---|---|---|
| **Nom:** CARON | **Sexe:** – | **Résultat:** Français |
| **Prénoms:** Jean | **INS:** – | **Id:** 130167 |
| **Date Naiss.:** 12/04/1967 | | **Réf:** B052270 |

```
           INFORMATIONS LEGALES        08.10.2004  09:42:51

010 (NM)   12.04.1967  Caron,Jean Georges Aimé
                       Sexe : M.
020(ADR)   17.10.2003  4122/3010/Rue de l'Arbois(PLX),8
001(COM)   17.10.2003  Neupré (4122)
070(PRF)   12.04.1985  00002/9/Sans profession
100(L.N)   12.04.1967  /0000/   Amiens/France
```