# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COGNEX CORPORATION,<br><br>                   Plaintiff,<br><br>v.<br><br>JEAN CARON,<br><br>                   Defendant. | )<br>)<br>)<br>)<br>)  CIVIL ACTION NO. 04-12365 JLT<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT'S MOTION FOR LEAVE TO FILE A SURREPLY

Pursuant to Local Rule 7.1(B)(3), Defendant Jean Caron ("Caron") moves for leave to file a surreply brief in response to Plaintiff's Reply to Defendant's Opposition to Application for Preliminary Injunction, which Cognex Corporation ("Cognex") filed on July 1, 2005. In support of this motion, Caron states as follows:

1. Cognex filed its Application for Preliminary Injunction on or about June 15, 2005.

2. Caron filed an Opposition to Cognex's Application on or about June 21, 2005.

3. On or about July 1, 2005, Cognex filed its proposed Reply to Caron's Opposition, along with a motion for leave to file the Reply.

4. In its Reply, Cognex makes several inaccurate representations about Caron's conduct and the positions he has taken in the above-captioned matter. Cognex's Reply also raises several new arguments in support of its Application.

5. Caron's proposed Surreply, a copy of which is attached hereto as Exhibit A, addresses only issues raised by the representations and arguments in Cognex's Reply.

WHEREFORE, Defendant Jean Caron requests that the Court grant him leave to file the attached Defendant's Surreply in Opposition to Plaintiff's Application for Preliminary Injunction.

Respectfully submitted,<br>
JEAN CARON<br>
By his Attorney(s),<br>
<br>
/s/ Sally L. Adams<br>
Sally L. Adams (BBO # 629688)<br>
SEYFARTH SHAW LLP<br>
World Trade Center East<br>
Two Seaport Lane, Suite 300<br>
Boston, MA 02210-2028<br>
Telephone:   (617) 946-4800<br>
Telecopier:   (617) 946-4801

DATED: July 11, 2005

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

I, Sally L. Adams, hereby certify that I conferred with counsel for Plaintiff Cognex Corporation by telephone on June 30, 2005 and attempted in good faith to resolve or narrow the issues presented by this motion. The parties were unable to resolve the matters presented.

/s/ Sally L. Adams
Sally L. Adams