## Adams, Sally

| | |
|---|---|
| From: | Adams, Sally |
| Sent: | Monday, June 27, 2005 10:01 AM |
| To: | 'Jennifer Yelen'; 'Sally" <SAdams@seyfarth.com>,Internet' |
| Cc: | 'joconnell@pscboston.com'; Nichols, Mielle C. |
| Subject: | RE: Cognex v. Caron |

Jennifer, It is my understanding that Mr. Caron will not appear for the deposition scheduled for June 28 here in Boston. Please let me know if you have any questions. - Sally

-----Original Message-----
From: Jennifer Yelen [mailto:jyelen@pscboston.com]
Sent: Thursday, June 23, 2005 1:56 PM
To: Sally" <SAdams@seyfarth.com>,Internet
Cc: joconnell@pscboston.com
Subject: Cognex v. Caron


Sally,

If we cancel the deposition within 24 hours of the scheduled time, we will be subjected to a cancellation fee of $330.00 for the interpreter (this is the intepreter's three hour minimum charge). If we cancel the day of, we may also incur the fee for the interpreter's travel time ($55.00/hour) and we will incur the stenographer's cancellation fee.

I look forward to hearing from you regarding Mr. Caron's plans.

-Jennifer

Jennifer A. Yelen, Esquire
Direct Dial: (617) 854-4226
------------------------------------------------
Perkins, Smith & Cohen, LLP
One Beacon Street
Boston, Massachusetts 02108-3106

(617) 854-4000    FAX:   (617) 854-4040
e-mail:  psc@pscboston.com
<http://www.pscboston.com>
------------------------------------------------
This electronic message contains a communication from a law office, which communication is strictly confidential and intended solely for the use of the addressee. The communication may be privileged under the attorney-client and/or the attorney work product privileges. Any non-addressee is prohibited from reading, disseminating, distributing, or copying the communication contained herein. If you are in possession of the communication in error, please immediately notify the sender via electronic mail excluding the original communication. Thank you.