## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COGNEX CORPORATION      Plaintiff,v.JEAN CARON      Defendant. | ))))))   CIVIL ACTION NO.  04-12365 JLT)))))) |

## NOTICE OF WITHDRAWAL

Pursuant to the Order of this Court dated July 22, 2005, granting leave to withdraw, please withdraw the appearance of the undersigned and the appearance of Seyfarth Shaw LLP as counsel for the defendant Jean Caron.

Respectfully submitted,
JEAN CARON
By his Attorney(s),


_/s/  Sally L. Adams_
Sally L. Adams (BBO # 629688)
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
Telephone:    (617) 946-4800
Telecopier:    (617) 946-4801

DATED:  July 27, 2005

BO1 15728214