UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

COGNEX CORPORATION,            *
                               *
        Plaintiff,             *
                               *
                               *
    v.                         *        Civil Action No. 04-12365-JLT
                               *
                               *
JEAN CARON,                    *
                               *
        Defendant.             *

ORDER

August 1, 2005

TAURO, J.

This court hereby orders that:

1. Plaintiff's unopposed Application for Entry of Default Pursuant to Fed. R. Civ. P. 55(a) [#38] is ALLOWED;

2. Plaintiff's Application for Preliminary Injunction Pursuant to Fed. R. Civ. P. 65 [#31] is DENIED AS MOOT;

3. Plaintiff's Motion to Advance the Trial and Consolidate the Preliminary Injunction Hearing with the Trial on Merits [#35] is DENIED AS MOOT; and

4. Plaintiff's Motion to Compel Defendant's Attendance at Deposition and for Sanctions [#36] is DENIED AS MOOT;

IT IS SO ORDERED.

                                         /s/ Joseph L. Tauro
                                        United States District Judge