UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COGNEX CORPORATION,<br>    Plaintiff,<br><br>v.<br><br>JEAN CARON,<br>    Defendant. | CIVIL ACTION NO. 04 12365 JLT |

### DEFAULT JUDGMENT

### PURSUANT TO FED. R. CIV. P. 55(b)

Defendant, Jean Caron, having failed to plead or otherwise defend in this action and his default having been entered,

Now, upon application of Plaintiff and affidavits demonstrating that Defendant is not an infant or incompetent person or in the military service of the United States.

It is hereby ORDERED, ADJUDGED AND DECREED that Defendant and all persons in active concert or participating with him who receive actual notice of this Order, are hereby restrained and enjoined from: (1) engaging in or accepting employment with any business competitive with Plaintiff, including but not limited to Euresys S.A., in violation of his contract with Plaintiff, and from soliciting any customers of Plaintiff; (2) divulging, appropriating, or using to his own gain any confidential information obtained from Plaintiff; (3) violating in any manner the agreement between the Plaintiff and Defendant; and (4) retaining any proprietary technology and equipment and confidential information belonging to Plaintiff.

Dated: 9/13/05

By the Court,

*Lita Lovett*
Deputy Clerk