UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COGNEX CORPORATION,<br>       Plaintiff,<br><br>v.<br><br>JEAN CARON,<br>       Defendant. | )<br>)<br>)<br>)   CIVIL ACTION NO. 04 12365 JLT<br>)<br>)<br>) |

### CIVIL CONTEMPT ORDER

It is hereby ORDERED and ADJUDGED:

1.  This Court entered a Default Judgment against defendant Jean Caron on September 13, 2005. The Default Judgment permanently enjoined Defendant from:

    (1) engaging in or accepting employment with any business competitive with Plaintiff, including but not limited to Euresys S.A., in violation of his contract with Plaintiff, and from soliciting any customers of Plaintiff; (2) divulging, appropriating, or using to his own gain any confidential information obtained from Plaintiff; (3) violating in any manner the agreement between the Plaintiff and Defendant; and (4) retaining any proprietary technology and equipment and confidential information belonging to Plaintiff.

2.  Caron was provided written notice of the Default Judgment by Cognex Corporation and also by its counsel on or about October 24, 2005.

3.  Caron has willfully violated the Default Judgment repeatedly and continuously by remaining employed with Euresys from September 13, 2005 through the present and failing to safeguard Cognex's confidential business information from Euresys during that time frame.

4.  Caron is in Contempt of Court.

5.  Caron is ordered to immediately comply with the terms of the Default Judgment.

6. Specifically, Caron is restrained and enjoined from:

(a) engaging in or accepting employment with any business competitive with Cognex, including but not limited to Euresys S.A., in violation of his contract with Cognex, and from soliciting any customers of Cognex;

(b) divulging, appropriating, or using to his own gain any confidential information obtained from Cognex;

(c) violating in any manner the agreement between Cognex and Caron; and

(d) retaining any proprietary technology and equipment and confidential information belonging to Cognex.

7. From and after the date of this Order, for each day that Caron fails to comply with the Default Judgment, Caron shall pay to Cognex the sum of $1,000.00 per day. The daily fine shall remain in place until such time as Caron is in full compliance with the terms of the permanent injunction.

8. It is further ordered that Caron shall pay reasonable costs and attorneys' fees incurred by Cognex in connection with this Motion in the amount of $ 5589.89

_____
Justice Joseph L. Tauro
United States District Court
District of Massachusetts

Dated: 4/19/06 , 2005